B1 (Official Form 1) (4/13)

**United States Bankruptcy Court**
**DISTRICT OF NEW MEXICO**

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor (if individual, enter Last, First, Middle):** Roman Catholic Church of the Diocese of Gallup, a New Mexico corporation sole | **Name of Joint Debtor (Spouse) (Last, First, Middle):** |
| **All Other Names used by the Debtor in the last 8 years** (Include married, maiden, and trade names): | **All Other Names used by the Joint Debtor in the last 8 years** (Include married, maiden, and trade names): |
| **Last four digits of Social Security/Complete EIN or other Tax I.D. No.** (if more than one, state all): 85-0149034 | **Last four digits of Social Security/Complete EIN or other Tax I.D. No.** (if more than one, state all): |
| **Street Address of Debtor** (No. and Street, City, State): 711 South Puerco Drive Gallup, New Mexico   ZIP CODE 87301 | **Street Address of Joint Debtor** (No. and Street, City, State):   ZIP CODE |
| **County of Residence or of the Principal Place of Business:** McKinley County, New Mexico | **County of Residence or of the Principal Place of Business:** |
| **Mailing Address of Debtor (if different from street address):**   ZIP CODE | **Mailing Address of Joint Debtor (if different from street address):**   ZIP CODE |
| **Location of Principal Assets of Business Debtor** (if different from street address above): | ZIP CODE |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)
- ☐ Individual (includes Joint Debtors)  *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) _____

**Nature of Business**
(Check one box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. §101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other Religious _____

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
County of debtor's center of interests: _____

Each country in which a foreign proceeding by, regarding, or against debtor is pending. _____

**Tax-Exempt Entity**
(Check box, if applicable)
- ☒ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debtors are primarily business debts.

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). *See* Official Form No. 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. *See* Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business as defined in 11 U.S.C. §101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. §101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).

--------

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. §1126(b).

**Statistical/Administrative Information**
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million[1] | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million[2] | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

---

[1] The Debtor has not obtained appraisals or valuations of its assets; therefore this amount is the Debtor's best estimate, and is subject to change. In addition, included in the estimated assets are both custodial and non-custodial property of the Estate pursuant to 11 U.S.C. §541 and Stripped funds.

| **Voluntary Petition** *(This page must be completed and filed in every case)* | **Name of Debtor(s):** Roman Catholic Church of the Diocese of Gallup, a New Mexico corporation sole |
|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| **Location Where Filed:** | **Case Number:** | **Date Filed:** |
| **Location Where Filed:** | **Case Number:** | **Date Filed:** |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) |||
|---|---|---|
| **Name of Debtor:** | **Case Number:** | **Date Filed:** |
| **District:** | **Relationship:** | **Judge:** |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (*e.g.*, forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)     Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. §362(I)).

[2] Included in the estimated liabilities are custodial funds which are not property of the estate pursuant to 11 U.S.C. § 541.

- 2 -

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>Roman Catholic Church of the Diocese of Gallup, a New Mexico corporation sole |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X_____<br>Signature of Debtor<br><br>X_____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X_____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>(Date) |
| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| /s/ *Susan G. Boswell*<br>Signature of Attorney for Debtor(s)<br><br>Susan G. Boswell - AZ Bar No. 004791 *(Pro Hac Vice pending)*<br>Printed Name of Attorney for Debtor(s)<br><br>Quarles & Brady LLP<br>Firm Name<br><br>One S. Church Ave., Suite 1700, Tucson, Arizona 85701<br>Address<br><br>(520) 770-8700<br>Telephone Number<br><br>November 12, 2013<br>Date<br><br>Local Counsel:<br>Thomas D. Walker<br>WALKER & ASSOCIATES, P.C.<br>500 Marquette N.W., Suite 650<br>Albuquerque, New Mexico 87102<br>(505) 766-9272<br>twalker@walkerlawpc.com<br><br>\*In a case in which §707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. §110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. §110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. §110.)<br><br>_____<br>Address<br>_____<br><br>X_____<br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br><br>Bishop James S. Wall<br>Printed Name of Authorized Individual<br><br>The Most Reverend James S. Wall, Fourth Bishop of Gallup<br>Title of Authorized Individual<br><br>November 12, 2013<br>Date | or partner whose Social Security number is provided above.<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attached additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.* |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

| | |
|---|---|
| In re: | Chapter 11 |
| ROMAN CATHOLIC CHURCH OF THE DIOCESE OF GALLUP, a New Mexico corporation sole, | Case No. |
| Debtor. | |

## DECLARATION AND RESOLUTION REGARDING AUTHORITY TO SIGN AND FILE PETITION

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

I, James S. Wall, declare under penalty of perjury that I am the Bishop of the Diocese of Gallup (the "**Diocese**"), and the sole member and a director of the Roman Catholic Church of the Diocese of Gallup a New Mexico corporation sole ("**RCCDG**"), and that, having consulted the Diocesan Finance Council, the Diocesan College of Consultors, and others, as the Bishop and sole member and a director of RCCDG, I am authorized to adopt the following resolution:

"Whereas, it is in the best interest of RCCDG to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

I, James S. Wall, am authorized to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary reorganization case on behalf of RCCDG (the "**Reorganization Case**"); and

I, James S. Wall, am authorized to appear in all Chapter 11 proceedings in the Reorganization Case on behalf of RCCDG, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of RCCDG in connection with the Reorganization Case; and

I, James S. Wall, am authorized to employ Susan G. Boswell, attorney, and the law firm of Quarles & Brady LLP as primary counsel to represent RCCDG in the Reorganization Case; Thomas D. Walker, attorney, and the law firm of Walker & Associates, P.C. as co-counsel to represent RCCDG in the Reorganization Case; Robert Warburton, attorney, and the law firm of Stelzner, Winter, Warburton, Flores, Sanchez & Dawes, P.A. as special litigation counsel; and Christopher G. Linscott, and the accounting firm of Keegan, Linscott & Kenon, P.C., to assist RCCDG as financial advisors and provide other financial services to RCCDG in the Reorganization Case."

[*BALANCE OF PAGE INTENTIONALLY LEFT BLANK*]

DATED this 12th day of November, 2013.

By _____
The Most Reverend James S. Wall
Roman Catholic Church of the Diocese of
Gallup, a New Mexico corporation sole

3