UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

ROMAN CATHOLIC CHURCH OF THE
DIOCESE OF GALLUP, a New Mexico
corporation sole,

Debtor.

Chapter 11

Case No. 13-13676-t11

## CORPORATE OWNERSHIP STATEMENT - BANKRUPTCY CASE

☒ Initial Disclosure

☐ Supplemental Disclosure

Pursuant to Fed. R. Bankr. P. 1007(a)(1), the debtor:

☐ identifies any corporation, other than a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests:

*[list names of corporations here]*

OR

☒ states that there are no entities to report.

I, Bishop James S. Wall of the Roman Catholic Church of the Diocese of Gallup, a New Mexico corporation sole, declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my information and belief.

ROMAN CATHOLIC CHURCH OF THE
DIOCESE OF GALLUP

By _____
Signature of Authorized Individual

Bishop James S. Wall
The Most Reverend, Fourth Bishop of Gallup

# CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b)(3), F.R.B.P. 9036 and NM LBR 9036-1(b), I hereby certify that service of the foregoing "Corporate Ownership Statement - Bankruptcy Case" was made on November 12, 2013 via the notice transmission facilities of the Bankruptcy Court's case management and electronic filing system on the following parties:

U.S. Trustee
P.O. Box 608
Albuquerque, NM 87103
ustpregion20.aq.ecf@usdoj.gov

/s/ *Susan G. Boswell*
Susan G. Boswell