# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

| | |
|---|---|
| In re: | Chapter 11 |
| ROMAN CATHOLIC CHURCH OF THE DIOCESE OF GALLUP, a New Mexico corporation sole, | Case No. 13-13676-t11 |
| Debtor. | |

## LIST OF EQUITY SECURITY HOLDERS

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Roman Catholic Church of the Diocese of Gallup ("**RCCDG**"), a New Mexico corporation sole with its principal place of business in McKinley County, New Mexico, debtor and debtor-in-possession in the above-captioned reorganization case hereby states pursuant to Fed. R. Bankr. P. 1007(a)(3) that it is a corporation sole, a statutory corporate form[1] that has no equity security holders, although Bishop James Wall is technically a member of the corporation sole. However, Bishop Wall holds no equity security interest in the corporation sole.

RESPECTFULLY SUBMITTED this 12th day of November, 2013.

/s/ *Susan G. Boswell*
Susan G. Boswell (AZ Bar No. 004791)
Lori L. Winkelman (AZ Bar No. 021400)
Elizabeth S. Fella (AZ Bar No. 025236)
*Pro Hac Vices Pending*
QUARLES & BRADY LLP
One S. Church Ave., Suite 1700
Tucson, Arizona 85701
(520) 770-8700   Fax: (520) 623-2418
susan.boswell@quarles.com
lori.winkelman@quarles.com
elizabeth.fella@quarles.com

---

[1] New Mexico no longer has the corporation sole form of incorporation; however, an entity formed as a corporation sole at the time New Mexico provided for that form of incorporation was not required to re-incorporate as a non-profit corporation, but was allowed to continue its existence as a corporation sole which RCCDG has.

-and-

Thomas D. Walker
WALKER & ASSOCIATES, P.C.
500 Marquette N.W., Suite 650
Albuquerque, New Mexico 87102
(505) 766-9272
Fax: (505) 722-9287
twalker@walkerlawpc.com

*Proposed Counsel for Debtor*

## **CERTIFICATE OF SERVICE**

Pursuant to F.R.C.P. 5(b)(3), F.R.B.P. 9036 and NM LBR 9036-1(b), I hereby certify that service of the foregoing "List of Equity Security Holders" was made on November 12, 2013 via the notice transmission facilities of the Bankruptcy Court's case management and electronic filing system on the following parties:

U.S. Trustee
P.O. Box 608
Albuquerque, NM 87103
ustpregion20.aq.ecf@usdoj.gov

                                                             /s/ *Susan G. Boswell*
                                                                  Susan G. Boswell