Form 4.  LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re Roman Catholic Church of the Diocese of Gallup,  Case No.  13-13676-t11
    a New Mexico corporation sole,  (If known)
                  Debtor  Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. §101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

_____

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| 1  This list does not include creditors holding contingent, unliquidated and disputed tort or other claims which could exceed some of or all of the amounts for the creditors listed.  As of the filing date, the Debtor does not have an estimate of individual amounts for these claims so they are not listed as part of the twenty (20) largest unsecured creditors. | | | | |
| 2  The Roman Catholic Church of the Diocese of Phoenix<br>Attn:  Finance Department<br>400 East Monroe Street<br>Phoenix, AZ 85004<br>(602) 354-2190 | | Loan | | $200,000.00 |
| 3  Guest House<br>1601 Joslyn Rd.<br>Lake Orion, MI 48360 | | Trade Debt | | $35,000.00 |
| 4  Archdiocese of Santa Fe<br>4000 St. Joseph Pl, NW<br>Albuquerque, NM 87120 | | Loan & Trade Debt | | $29,000.00 |
| 5  Bank of America<br>P.O. Box 15796<br>Wilmington, DE 19886 | | Credit Card | | $17,767.16 |

| # | Creditor | Type | Amount |
|---|---|---|---|
| 6 | St. Luke Institute<br>8901 New Hampshire Ave.<br>Silver Springs, MD 20903 | Medical Reimbursement | $15,409.80 |
| 7 | Redemptorist Renewal Center<br>7101 W. Picture Rocks Rd.<br>Tucson, AZ 85743 | Trade Debt | $9,860.80 |
| 8 | Manning & Marder<br>Kass, Ellrod, Ramirez LLP<br>801 S. Figueroa St., 15th Floor<br>Los Angeles, CA 90017 | Trade Debt | $7,244.79 |
| 9 | University of St.<br>Mary of the Lake<br>1000 E. Maple Ave.<br>Mundelein, IL 60060 | Trade Debt | $7,087.00 |
| 10 | Catholic Peoples Foundation<br>P.O. Box 369<br>Gallup, NM 87305 | Rent | $6,600.00 |
| 11 | Virtus<br>National Catholic Services<br>75 Remittance Dr., Ste. 1664<br>Chicago, IL 60675 | Trade Debt | $6,277.48 |
| 12 | Coppersmith Schermer &<br>Brockelman PLC<br>2800 N. Central Ave., Ste. 1200<br>Phoenix, AZ 85004 | Trade Debt | $4,588.41 |
| 13 | Card Services<br>P.O. Box 13337<br>Philadelphia, PA 19101 | Credit Card | $4,272.68 |
| 14 | Mason & Isaacson, PA<br>P.O. Box 1772<br>Gallup, NM 87305 | Trade Debt | $4,235.32 |
| 15 | BlackBaud<br>P.O. Box 930256<br>Atlanta, GA 31193 | Trade Debt | $3,133.72 |
| 16 | Fr. Ravi Kiran Dasari<br>St. Anthony Church<br>P.O. Box 486<br>Zuni, NM 87327 | Reimbursement | $2,725.37 |
| 17 | Publication Printers Corp<br>2001 S. Platte River Dr.<br>Denver, CO 80223 | Trade Debt | $2,620.86 |

| | | | |
|---|---|---|---|
| 18 | U.S. Conference of the Catholic Bishops<br>P.O. Box 418082<br>Boston, MA 02241 | Trade Debt | $2,329.42 |
| 19 | Dallago Corporation<br>2411 E. Aztec Ave.<br>Gallup, NM 87301 | Trade Debt | $2,104.57 |
| 20 | John J. Sullivan, DDS<br>325 W. White Mountain Blvd.<br>Lakeside, AZ 85929 | Medical Reimbursement | $1,697.50 |

Date: November 12, 2013

James S. Wall

By /s/ James S. Wall

Debtor

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, James S. Wall, Bishop of the Roman Catholic Church of the Diocese of Gallup, named as the debtor in this case, declare under penalty of perjury that I have read the foregoing "List Of Creditors Holding 20 Largest Unsecured Claims" and that it is true and correct to the best of my information and belief.

DATED: 11-12-13

Signature _[signed]_

The Most Reverend James S. Wall, Bishop of the Roman Catholic Church of the Diocese of Gallup
(Print Name and Title)