# EXHIBIT "A"



The present Diocese of Gallup