UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

In re:

ROMAN CATHOLIC CHURCH OF
THE DIOCESE OF GALLUP,
a New Mexico corporation sole,

    Debtor.                                       No. 11-13-13676 TA

AND

In re:

BISHOP OF THE ROMAN CATHOLIC CHURCH
OF THE DIOCESE OF GALLUP, an Arizona corporation sole,

    Debtor.                                        No. 11-13-13677 TA

## NOTICE OF CONTINUED PRELIMINARY HEARING

Notice is hereby given that a continued preliminary hearing will be held on: <u>November 27, 2013 at 10:00 a.m. (MT),</u> before the Honorable David T. Thuma, United States Bankruptcy Judge. Participants may call in using the instructions below, or may appear in person and participate in the Animas Courtroom located on the west side of the thirteenth floor, Dennis Chavez Federal Building and United States Courthouse 500 Gold Avenue SW, Albuquerque, New Mexico upon:

        Motion to Limit Notice (docket # 17 in Case No. 11-13-13676;
            docket # 16 in Case No 11-13-13677)

Parties must call the conference call-in number before 10:00 a.m. MT and use the Participant Code listed below.

Conference calling number: 888-285-4585
Participant Code: 616598

                                          BY ORDER OF THE COURT
                                          Norman H. Meyer, Clerk
                                          United States Bankruptcy Court
                                          District of New Mexico
                                          P.O. Box 546
                                          Albuquerque, New Mexico 87103-0546
                                          Telephone (505) 348-2500

**Copies to:**

- Ronald Andazola     ronald.andazola@usdoj.gov
- Susan Gayle Boswell     susan.boswell@quarles.com, kelly.webster@quarles.com;brian.lestyk@quarles.com;docketaz@quarles.com
- J. Daryl Dorsey     jdd@tblaw.com
- Elizabeth Sarah Fella     elizabeth.fella@quarles.com
- Susan M. Freeman     SFreeman@LRRLaw.com
- Bonnie Bassan Gandarilla     mbglaw@swcp.com, bbg11usc@swcp.com
- Justin J. Henderson     JHenderson@LRRLaw.com
- Dennis E Jontz     DJontz@LRRLaw.com, jhenderson@lrrlaw.com;mlucero@lrrlaw.com
- Leonard K Martinez-Metzgar     leonard.martinez-metzgar@usdoj.gov
- George M Moore     mbglaw@swcp.com, gmm11usc@swcp.com
- Stephanie L Schaeffer     sschaeffer@walkerlawpc.com, keggleston@walkerlawpc.com
- United States Trustee     ustpregion20.aq.ecf@usdoj.gov
- Thomas D Walker     twalker@walkerlawpc.com, mwells@walkerlawpc.com;sroybal@walkerlawpc.com;keggleston@walkerlawpc.com;sschaeffer@walkerlawpc.com
- Lori Lee Winkelman     lori.winkelman@quarles.com

Robert E. Pastor
Montoya, Jimenez & Pastor, P.A.
3200 N. Central Ave., Suite 2550
Phoenix, AZ 85012

Richard T. Fass
Perdue & Kidd, LLP
510 Bering Dr., Suite 550
Houston, TX 77057

James I. Stang
Pachulski, Stang, Ziehl & Jones
10100 Santa Monica Boulevard
13th Floor
Los Angeles, CA 90067-4003