

IT IS ORDERED

Date Entered on Docket: November 20, 2013

_____
**The Honorable David T. Thuma**
**United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

| | |
|---|---|
| In re: | Chapter 11 |
| ROMAN CATHOLIC CHURCH OF THE DIOCESE OF GALLUP, a New Mexico corporation sole, | Case No. 13-13676-t11 |
| Debtor. | |

## ORDER GRANTING MOTION FOR ENTRY OF AN ORDER DIRECTING JOINT ADMINISTRATION

This matter came before the Court pursuant to the "Motion for Entry of an Order Directing Joint Administration" [Dkt. No. 9] (the "**Motion**") filed by the Roman Catholic Church of the Diocese of Gallup, a New Mexico corporation sole ("**RCCDG**") and the "Motion for Entry of an Order Directing Joint Administration" [Dkt. No. 11] filed by the Bishop of the Roman Catholic Church of the Diocese of Gallup (the "**Arizona Entity**" and collectively with RCCDG, the "**Debtors**") the debtors and debtors-in-possession in the reorganization cases at Case No. 13-13676-t11 and Case No. 13-13677-t11, respectively, (the "**Reorganization Cases**").

Based upon the Motion, the "Declaration of Bishop James S. Wall in Support of Chapter 11 Petition and First Day Motions" [Dkt. No. 19] filed concurrently with the Motion, and the entire record before the Court; and it appearing that the Court has jurisdiction over this matter; and it appearing that due notice of the Motion as set forth in the "Certificate of Service" attached thereto is sufficient under the circumstances, and that no other or further notice need be provided; the relief therein requested being in the best interest of the estate;

IT IS HEREBY ORDERED that:

A. The Motion is granted as set forth in this Order.

B. This Order shall be immediately effective upon entry.

C. The Debtors shall file a consolidated creditor matrix.

D. The Debtors' Reorganization Cases are hereby administratively consolidated for procedural purposes. One docket will be maintained for all cases, which docket shall be the docket for Case No. 13-13676-t11.

E. All pleadings and motions are to be filed in Case No. 13-13676-t11, except that monthly operating reports will be filed in each of the respective cases.

F. All proofs of claim shall be filed in the case in which such claims are asserted and the Clerk will maintain separate registers of such claims.

G. All applications for payment by professionals must only be filed in the RCCDG case, provided that if the fees and/or costs relate to the Arizona Entity exclusively, such fees or costs must be noted in the application as only relating to the Arizona Entity.

H. The following form of consolidated caption shall be used for all future pleadings, papers and other documents filed in the Debtors' Reorganization Cases:

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO

| | |
|---|---|
| In re: | Chapter 11 |
| ROMAN CATHOLIC CHURCH OF THE DIOCESE OF GALLUP, a New Mexico corporation sole, | Case No. 13-13676-t11 |
| | **Jointly Administered with:** |
| Debtor. | |
| Jointly Administered with: | Case No. 13-13677-t11 |
| BISHOP OF THE ROMAN CATHOLIC CHURCH OF THE DIOCESE OF GALLUP, an Arizona corporation sole. | |
| This pleading applies to: | |
| ☐ All Debtors. ☐ Specified Debtor. | |

### END OF ORDER ###

Submitted by:

/s/ *Susan G. Boswell*
Susan G. Boswell (AZ Bar No. 004791)
Lori L. Winkelman (AZ Bar No. 021400)
Elizabeth S. Fella (AZ Bar No. 025236)
*Admitted Pro Hac Vice*
QUARLES & BRADY LLP
One S. Church Ave., Suite 1700
Tucson, Arizona 85701
(520) 770-8700
-and-
Thomas D. Walker
WALKER & ASSOCIATES, P.C.
500 Marquette N.W., Suite 650
Albuquerque, New Mexico 87102
(505) 766-9272

*Proposed Counsel for Debtors*

Approved:

RICHARD A. WIELAND
United States Trustee
*/s/ approved electronically 11/19/13*
Ronald Andazola, Assistant United States Trustee
Leonard K. Martinez-Metzgar, Trial Attorney
P.O. Box 608
Albuquerque, NM 87103
Telephone: (505) 248-6549
Facsimile: (505) 248-6558
ustpregion20.aq.ecf@usdoj.gov
Ronald.Andazola@usdoj.gov
Leonard.Martinez-Metzgar@usdoj.gov

Copy to:

Ronald Andazola
Leonard K. Martinez-Metzgar
Office of the U.S. Trustee
P.O. Box 608
Albuquerque, NM 87103
ustpregion20.aq.ecf@usdoj.gov
Ronald.Andazola@usdoj.gov
Leonard.Martinez-Metzgar@usdoj.gov

Richard T. Fass
Perdue & Kidd, LLP
510 Bering Dr., Suite 550
Houston, TX 77057
rfass@perdueandkidd.com
*Counsel for Tort Claimants*

Robert E. Pastor
Montoya, Jimenez & Pastor, P.A.
3200 N. Central Ave., Suite 2550
Phoenix, AZ 85012
repastor@mjpattorneys.com
*Counsel for Tort Claimants*

James I. Stang
Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
jstang@pszjlaw.com
*Counsel for Tort Claimants*

Susan M. Freeman
Lewis Roca Rothgerber
40 N. Central Ave., Ste. 1900
Phoenix, AZ 85004
SFreeman@LRRLaw.com
*Counsel for Catholic Peoples Foundation*

Christopher R. Kaup
Tiffany & Bosco
Camelback Esplanade II
2525 E. Camelback Rd., 3rd Floor
Phoenix, AZ 85016
CRK@tblaw.com
*Counsel for Southwest Indian Foundation*