UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

MINUTE ENTRY

Hearing Information:

Debtor:  Roman Catholic Church of the Diocese of Gallup
Case Number:    13-13676-t11

Date/Time:   11/27/2013 10:00 AM
Bankruptcy Judge:  David T. Thuma
Law Clerk:  Spencer Edelman
Courtroom Deputy:  Christa Lucero

(TA) Continued Hearing on Motion to Limit Notice (doc 17)

APPEARANCES:

Atty for Debtor:  Susan Boswell, Tom Walker
Atty for various claimants:  Richard Fass
Atty for UST:  Ron Andazola & Leonard Martinez-Metzgar
Atty for various claimants: James Stang
Atty for Catholic Peoples Foundation:  Susan Freeman

Proceedings:

I certify that an electronic sound recording of this proceeding was made.

TIME STARTED:   10:00              TIME ENDED:  10:20

HEARING CONTINUED TO DECEMBER 4, 2014 @ 10:00 AM

COURT TO SEND NOTICE WITH NEW CONFERENCE CALL INFORMATION