UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

MINUTE ENTRY

Hearing Information:

Debtor:  Roman Catholic Church of the Diocese of Gallup
Case Number:    13-13676-t11

Date/Time:   12/4/2013 10:00 AM
Bankruptcy Judge:   David T. Thuma
Law Clerk:  Spencer Edelman
Courtroom Deputy:  Christa Lucero

(TA) Continued Hearing on Motion to Limit Notice (doc 17)

APPEARANCES:

Atty for Debtor:  Susan Boswell and Tom Walker
Atty for various claimants:  Donald Kidd
Atty for UST:  Ron Andazola & Leonard Martinez-Metzgar
Atty for various claimants: Robert Pastor with James Stang

Proceedings:

I certify that an electronic sound recording of this proceeding was made.

TIME STARTED:   10:00              TIME ENDED:  10:07

BOSWELL TO SUBMIT ORDER