UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

ROMAN CATHOLIC CHURCH OF THE
DIOCESE OF GALLUP, a New Mexico
corporation sole,

    Debtor.

Jointly Administered with:

BISHOP OF THE ROMAN CATHOLIC
CHURCH OF THE DIOCESE OF GALLUP,
an Arizona corporation sole.

    This pleading applies to:

        All Debtors.
        Specified Debtor.

Chapter 11

Case No. 13-13676-t11

**Jointly Administered with:**

Case No. 13-13677-t11

## APPOINTMENT OF A COMMITTEE OF
## UNSECURED CREDITORS IN A CHAPTER 11 CASE

The following persons, selected from unsecured creditors who are willing to serve in Case No. 13-13676-t11, Roman Catholic Church of the Diocese of Gallup (only), are hereby appointed to the committee of unsecured creditors pursuant to 11 U.S.C. 1102(a)(1):

1. Esteban Armijo
2. Criss Candelaria
3. Santiago Figueroa
4. Prudence Jones
5. Derrick Land
6. Alfred Moya
7. JoAnn Stoltenberg

1

Respectfully Submitted,  
RICHARD A WIELAND  
United States Trustee  


<u>Filed electronically December 17, 2013</u>  
LEONARD MARTINEZ-METZGAR  
Trial Attorney  
P. O. Box 608  
Albuquerque, NM 87103  
(505) 248-6548  
Leonard.martinez-metzgar@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above pleading was filed electronically on the December 17, 2013. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.   I additionally certify that I mailed a copy of the foregoing, USPS, postage prepaid to the above listed individual members of the Unsecured Creditors Committee and the below parties on December 17, 2013.

Susan Boswell, Esq.  
Quarles & Brady LLP  
1 S. Church Ave., Suite 1700  
Tucson, AZ 85701  
(520) 770-8700  
susan.boswell@quarles.com

Thomas D. Walker  
WALKER & ASSOCIATES, P.C.  
500 Marquette N.W., Suite 650  
Albuquerque, New Mexico 87102  
(505) 766-9272


/s/ Leonard Martinez-Metzgar  
Leonard Martinez-Metzgar  
Trial Attorney

Case 13-13676-t11    Doc 118    Filed 12/17/13    Entered 12/17/13 10:52:27 Page 2 of 2