# EXHIBIT "3"

# PROPERTY TO BE AUCTIONED

| SCHEDULE | LEGAL DESCRIPTION | USE |
|---|---|---|
| Arizona Entity Schedule A Item 1 | Parcel No. 105-53-327. Vacant land in Navajo County, Holbrook, AZ. Legal Description: Lot 103 of Arizona Rancheros, Rancho 73, a subdivision according to the plat thereof recorded in Volume 5, Page 2 of the Public Records of Navajo County, State of Arizona. | Vacant (1 parcel) Near Sun Valley Rd. and Liberty Rd., Holbrook, AZ |
| Arizona Entity Schedule A Item 2 | Parcel Nos. 304-19-072 & 304-19-073. Vacant land in Navajo County, Show Low, AZ. Legal Description: Lot 8, Block 3 of White Mountain Lakes Unit No. 1, according to the plat of record in the Office of the County Recorder of Navajo County, Arizona, recorded in Book 8 of Maps, Page 9. AND Lot 9, Block 3 of White Mountain Lakes Unit No. 1, according to the plat of record in the Office of the County Recorder of Navajo County, Arizona, recorded in Book 8 of Maps, Page 9. | Vacant (2 parcels) 8422 Lone Pine Pl. & 8423 Lone Pine Pl., Show Low, AZ |
| Arizona Entity Schedule A Item 3 | Parcel No. 202-20-105. Vacant land in Navajo County, Snowflake, AZ. Legal Description: Section/Tract 0030 Township/Block 013 Range/Lot 021. Section 30, Township 013 North, Range o21 East; Lot 117 4.07 Acres. | Vacant (1 parcel) At or near 3845 Trebil Boulevard, Snowflake, AZ |
| Arizona Entity Schedule A Item 4 | Parcel Nos. 103-15-259, 103-15-260 & 103-15-261. Property used by Vincent de Paul Society's Food Bank in Navajo County, Winslow, AZ. Legal Description: Lots Five (5), Nine (9) and Ten (10), Block One Hundred Seventeen (117), KLEINDIENST ADDITION to Winslow, according to Book 2 of Plats, Page 25, Records of Navajo County, Arizona. | St. Vincent de Paul Society's Food Bank (3 parcels) 1109, 1115, & 1119 W. 2nd St., Winslow, AZ |
| Arizona Entity Schedule A Item 5 | Parcel Nos. 1-013-025-135-503, 100780 & 100790. Land in Valencia County, NM. Legal Description: All of Lots Eight (8) and Nine (9) in Block 789 of Rio Grande Estates, Unit No. D, according to the map of said subdivision recorded in the Office of the Clerk of Valencia County, New Mexico. <br> *Additional Information:* <br> Part of the Rio Grande Estates which is just east of the Rio Grande River & State Highway 47 from Belen, NM and just south of the Manzano Expressway. Appears to be about an hour or less south of Albuquerque and is vacant property. These estates cross county lines and the north end is in Valencia County while the south end is in Socorro County. | Vacant (2 parcels) Near Belen, NM (Valencia County) |
| Arizona Entity Schedule A Item 6 | Parcel Nos. 1-017-032-226-075, 100510, 100520, 100530 & 100540. Land in Valencia County, NM. Legal Description: All of Lots 51, 52, 53 and 54 in Block 2 of Rio del Oro Unit No. 4, according to the map thereof recorded in the Office of the Clerk of Valencia County, New Mexico on July 3, 1969. <br> *Additional Information:* <br> Part of the Rio del Oro area which is east of the Rio Grande River, State Highway 47, and Manzano Expressway. It appears to be across the river and south of Los Lunas, NM. There is some build-up in the area and it is roughly 30-35 miles south of Albuquerque. | Vacant (4 parcels) Near Los Lunas, NM (Valencia County) |

| SCHEDULE | LEGAL DESCRIPTION | USE |
|---|---|---|
| RCCDG Schedule A Item 1 | Parcel No. 104-07-005. Vacant land in Apache County, Springerville, AZ. Legal Description: That portion of the Northwest quarter of the Northwest quarter of Section 3, Township 8 North, Range 29 East of the Gila and Salt River Base and Meridian, Apache County, Arizona described as follows: BEGINNING at the Northeast corner of the Northwest quarter of the Northwest quarter; thence West 43 1/2 rods; thence South 80 rods; thence East 43 1/2 rods; thence North 80 rods to the POINT OF BEGINNING. EXCEPT the East half of the East half of the Northwest quarter of said Section 3, Township 8, Range 29 East of the Gila and Salt River Base and Meridian, Apache County, Arizona, AND EXCEPT any portion thereof lying within the described property: BEGINNING at the Northwest corner of Section 3, Township 8 North, Range 29 East of the Gila and Salt River Base and Meridian; thence East 37 rods; thence South 80 rods; thence West 37 rods; thence North 80 rods to the POINT OF BEGINNING, AND EXCEPT the following described parcel: COMMENCING at the Brass Cap marking the Northwest corner of Section 3, Township 8 North, Range 29 East of the Gila and Salt River Base and Meridian, Apache County, Arizona; thence South 0°14'00" East 610.50 feet to the TRUE POINT OF BEGINNING; thence continuing South 0°14'00" East 345.00 feet; thence South 89°41'00" East 11.00 feet to a point on an existing fence line; thence North 1°42'03" West, along said fence line 324.10 feet to the TRUE POINT OF BEGINNING; thence South 0°14'00" East 324.10 feet to a fence corner; thence North 89°33'29" West, along an existing fence line 2.70 feet; thence South 0°14'00" East 324.10 feet to the TRUE POINT OF BEGINNING. | Vacant (1 parcel) Near Maricopa Dr. & Alta Vista Dr., Springerville, AZ |
| RCCDG Schedule A Item 2 | Parcel Nos. 105-19-041, 105-21-011 & 105-33-264. Vacant land in Navajo County, Holbrook, AZ. Legal Description: Lots 64, 65, 76 and 77, ARIZONA RANCHOS, RANCHO 25, according to Book 4 of Maps, page 43, records of Navajo County, Arizona; and Lot 264 ARIZONA RANCHOS, RANCHO 1002, according to Book 5 of Maps, page 41, records of Navajo County, Arizona. | Vacant (3 parcels) 7937 Stardust Rd., 7857 Sundance Rd., near N. 5th St. and Pima St., Holbrook, AZ |
| RCCDG Schedule A Item 3 | Parcel No. 210-02-052. Vacant land in Navajo County, Show Low, AZ. Legal Description: Gila and Salt River Base and Meridian: Beginning at the Southeast corner of Section 17, Township 10 North, Range 22 East, Thence West 31 feet, Thence North 0 degrees, 17 Minutes West 250.00 feet; Thence North 0 Degrees 19 Minutes West 30 feet; Thence West 1098.8 feet; Thence North 10 Degrees 17 Minutes West 1,045 feet to the point of beginning; Thence West 416.4 feet; Thence North 01 Degrees 5 Minutes East 315.5 feet; Thence East 416.4 feet; Thence South 01 Degrees 5 Minutes West 315.5 feet to the point of Beginning. EXCEPT the East 208.2 feet of the South 208 feet. *Additional Information:* Vacant land behind what looks to be a storage facility or maybe some some sort of auto shop. Just west of E. Lumbermans Loop which hits N. 16th Street. | Vacant (1 parcel) Just west of E. Lumberman's Loop, Show Low, AZ |
| RCCDG Schedule A Item 4 | Parcel No. 403-05-305. Vacant land in Navajo County, Snowflake, AZ. Legal Description: Lot One Hundred Eighty-six (186) in Block No. Three (3) of Amended Plat of RANCH OF THE GOLDEN HORSE, UNIT ONE according to the plat of record in the office of the County Recorder of Navajo County, Arizona, Book 7 of Plats, Page 2. | Vacant (1 parcel) At or near 4560 Indian Bend Rd., Snowflake, AZ |
| RCCDG Schedule A Item 5 | Parcel No. 103-15-262. Property used by Vincent de Paul Society's Food Bank in Navajo County, Winslow, AZ. Legal Description: Lots Eleven (11) and Twelve (12) in Block 117 of the Kleindienst Addition to the City of Winslow, Navajo County, Arizona. | St. Vincent de Paul Society's Food Bank (1 parcel) 1121 W. 2nd St., Winslow, AZ |

Case 13-13676-t11    Doc 383-3    Filed 05/18/15    Entered 05/18/15 11:16:31    Page 3 of 9

# SCHEDULE

## LEGAL DESCRIPTION

| SCHEDULE | LEGAL DESCRIPTION | USE |
|---|---|---|
| RCCDG Schedule A Item 13 | Parcel No. 2-105-088-052-047. Vacant land in McKinley County, NM. Legal Description: Lot 1, Block C; Lot 7, Block D; Lot 8, Block D; Lot 13, Block A: Lot 14, Block A: Lot 52, Block B: Lot 53, Block B: Lot 54, Block B: Lot 55, Block B: Lot 56, Block B: Lot 57, Block B; The North Portion of Lot 4 as more particularly described in the Deed recorded in the Office of the County Clerk of McKinley County, New Mexico in Book 42 Deeds, page 592 on December 1, 1988; that Portion of Lot 9 lying Easterly from the East line extended off 3rd street within Blcok D as more particularly described in the Deed recorded in the Office of the County Clerk of McKinley County, New Mexico in Book 42 of Deeds, Page 596. All of which are situated, lying and being in the First Unit Of Burks-George Heights, and Addition to the town of Gallup, new Mexico, as the same is shown and designated on the Map of said Addition filed in the Office of the County Clerk of McKinley County, New Mexico, on July 6, 1950, and Lots 1 through 4, Block 21 of teh L.H. Ford S. Highway "66" addition being a Subdivision of a Portion of the East Half of Section 15 in township 15 North, Range 18 West, N.M.P.M. formerly adjacent to, but now within the town of Gallup, New Mexico, as the same is shown and designated on the Map of said Addition filed in the Office of the County Clerk of McKinley County, New Mexico, on July 1, 1935. The Southerly portion of Lot Two (2) in Block F of the Replat of Blocks F, H and J in the First Unit of Burke George Heights Addition, as the same are shown and designated on the Map of said Replat filed in the Office of the County Clerk of McKinley County, New Mexico, on August 15, 1068, which said portion is described as follows, to wit: Commencing at the southwest corner of said Lot 2, said point being the southwest corner for the herein described portion of said Lot 2 and the Real Point of Beginning; thence N36°04'W along lot line, 5.26' to the northwest corner; thence N89°16'E, 274.76 to a point on the east boundary of Lot 2 and the northeast corner; thence southeasterly alon the arc of a curve to the right, said curve having a radius of 11,360' an arc length of 4.69' to the southeast corner; thence S89°20'30"W along the southerly boundary of Lot 2, 272.41' to the Real Point of Beginning. AND Lots Three (3) and Four (4) in in Block F of the Replat of Blocks F, H and J in the First Unit of Burke George Heights Addition, as the same are shown and designated on the Map of said Replat filed in the Office of the County Clerk of McKinley County, New Mexico, on August 15, 1968. Less and except for the following described portion thereof, to wit: Commencing at the southwest corner of said Lot 2 and the Real Point of Beginning of said exception: thence N36°04'W 5.26 to the northwest corner of the herein described tract; thence N89°16'E 95.0' to the northeast corner; thence S10°32'48"E 303.25' to a point; thence S03°20'W 62.73 to a point on the south boundary of Lot 4, thence N86°40'W 177.61' to a point; thence N04°40'W 35.63' to a point; thence N86°10'W 118.73 to the southwest corner of Lot 4, being the southwest corner of the herein described tract; thence northeasterly along the arc of a curve to the right, said curve having a radius of 150', and arc length of 75.05' to a point of reverse curve; thence northerly along the arc of a curve to the left, said curve having a radius of 150', and arc length of 117.81' to a point; thence N43°59'E 70.04' to a point; thence N32°30'E 49.73' to a point; thence N55°00'E 44.52 to the Real Point of Beginning of said exception. Lots Seven (7) and Eight (8) and That Portion of Lot Nine (9) being only the West 60 feet within Block D of the First Unit of Burke-George Heights, an addition to the town of Gallup, New Mexico, as the same is shown and designated on the map of said addition filed in the Office of County Clerk of McKinley County, New Mexico, on July 6, 1950, subject to restrictive and protective covenants imposed thereon by the instrument recorded in Book 10 Misc., Page 202, of the Records in said Office. *Additional Information:* In Gallup, NM. Per discussion with the assessor's office this is a vacant parcel of land near Burke Drive and Idaho Circle. Based upon assessor's description and photograph, this looks to be vacant, undeveloped land on a hill between Burke Drive and Ford Drive. Per McKinley County assessor, vacant parcels of land are not assigned an address; they could only provide near-by streets and general area. | Vacant (1 parcel) Near Burke Drive and Idaho Circle, Gallup, NM |
| RCCDG Schedule A Item 15 | Parcel No. 2-105-088-476-479. Vacant land in McKinley County, Gallup, NM. Legal Description: All of Lots 23 thru 29 also Lots 53 thru 66, Frac. Of 67 thru 70, 74 thru 108, all in Blk. 3 Bubany 2nd Addn. 05/04/90 Code #2-105-088-476-479. *Additional Information:* In Gallup, NM. Per assessor's records and discussion with assessor, this appears to be vacant, undeveloped land on East Lincoln Avenue. Per McKinley County assessor, vacant parcels of land are not assigned an address; they could only provide near-by streets and general area. | Vacant (1 parcel) E. Lincoln Ave., Gallup, NM |

Case 13-13676-t11    Doc 383-3    Filed 05/18/15    Entered 05/18/15 11:16:31 Page 4 of 9

| SCHEDULE | LEGAL DESCRIPTION | USE |
|---|---|---|
| RCCDG Schedule A Item 16 | Parcel No. 2-105-088-428-444. Vacant land in McKinley County, Gallup, NM. Legal Description: 2.65 Acres M/L in NW 1/4 15 15 18, Bubany's 2nd Sub. Lots 1 thru 8, N. 40' of 9 thru 13, Block 12 Lots 28 & 29 Parcel N Ford Addn. 05/04/90 Code #2-105-088-428-444. *Additional Information:* In Gallup, NM. Per assessor's records and discussion with assessor, this appears to be vacant, undeveloped land that is part of the N. Ford Addition. Per McKinley County assessor, vacant parcels of land are not assigned an address; they could only provide near-by streets and general area. | Vacant (1 parcel) Part of the N. Ford Addition, Gallup, NM |
| RCCDG Schedule A Item 17 | Parcel No. 2-105-088-519-402. Vacant land in McKinley County, Gallup, NM. Legal Description: Lots 1 thru 13, Parcel L Bubany's 2nd Sub. 05/04/90 Code #2-105-088-519-402 as more particularly described in Book 20, Page 200 and Book 19, Pages 911-913 in the County Recorder's Office, McKinley County, New Mexico. *Additional Information:* In Gallup, NM. Per discussion with assessor's office and records, this parcel is on E. Wilson and is vacant and undeveloped. Per McKinley County assessor, vacant parcels of land are not assigned an address; they could only provide near-by streets and general area. | Vacant (1 parcel) E. Wilson Ave., Gallup, NM |
| RCCDG Schedule A Item 32 | Parcel No. 2-071-084-228-325. Vacant land in McKinley County. Legal Description: .636 acres M/L in 05 14 12, BK 3 Pg 5369 8/2/91 Code #2-071-084-228-325 RSJFCD. *Additional Information:* Per discussion with assessor's office, this parcel is just north of Thoreau, NM. Unable to identify any further description of exact location. | Vacant (1 parcel) Thoreau, NM |
| RCCDG Schedule A Item 38 | Parcel No. 2-106-088-088-110. Vacant Land in McKinley County, Gallup, NM. Legal Description: Block 42 the E.15' of Lot 21, all of Lots 22 thru 26, OTS Addition (Ralph's Shell Sta.-Shell Oil Pays Imprs.) Code #2-106-088-088-110. *Additional Information:* In Gallup, NM. Per assessor this parcel is vacant. It is also likely undeveloped. Per McKinley County assessor, vacant parcels of land are not assigned an address; they could only provide that this parcel was vacant. | Vacant (1 parcel) Gallup, NM |
| RCCDG Schedule A Item 39 | Parcel No. 2-105-087-522-352. Vacant Land in McKinley County, Gallup, NM. Legal Description: Lots 5 & 6 Block F, Burke George Heights Addn. First Unit Code #2-105-087-522-352. *Additional Information:* In Gallup, NM. Per assessor this parcel is vacant. It is also likely undeveloped. Per McKinley County assessor, vacant parcels of land are not assigned an address; they could only provide that this parcel was vacant. | Vacant (1 parcel) Gallup, NM |
| RCCDG Schedule A Item 40 | Parcel Nos. 3-036-152-138-100 & 3-036-152-126-100. Land in Luna County, NM. Legal Description: Tracts number eleven (11) and twelve (12), Block numbered ten (10), Unit numbered five (5) in Sunshine Valley Ranchettes. *Additional Information:* Both of these parcels are listed in the Sunshine Valley Ranchettes. Per research the Sunshine Valley Ranchettes are about a 45-minute drive southeast of Deming, New Mexico near the Florida & Tres Hermanas Mountains. Little roads appear to have been set up in this area, but for the most part it is vacant & undeveloped land. These appear to be small 0.5 acre plots of land appearing to be for a future residential development. | Vacant (2 parcels) Sunshine Valley Ranchettes, near Deming, NM. |

Case 13-13676-t11    Doc 383-3    Filed 05/18/15    Entered 05/18/15 11:16:31 Page 5 of 9

| SCHEDULE | LEGAL DESCRIPTION | USE |
|---|---|---|
| RCCDG Schedule A Item 41 | Parcel No. 3-043-143-473-291. Land in Luna County, NM. Legal Description: Tract number Twenty-eight (28) in Block numbered Fourteen (14) in Unit numbered Five (5) in Deming Ranchettes, according to the plat thereof on file in the Office of the County Clerk of Luna County, New Mexico. *Additional Information:* Indicated to be in the Deming Ranchettes. The Deming Ranchettes and Sunshine Valley Ranchettes are in the same area with the Deming on the north end and Sunshine Valley on the south end. These appear to be small 0.5 acre plots of land appearing to be for a future residential development. | Vacant (1 parcel) Deming Ranchettes, near Deming, NM |
| RCCDG Schedule A Item 42 | Parcel Nos. 3-035-141-484-383, 3-035-141-496-383, 3-035-141-137-185, 3-035-141-496-364, 3-0035-141-148-184 & 3-035-141-484-364. Land in Luna County, NM. Legal Description: Tracts Eleven (11) and Twelve (12) in Block Nineteen (19), Unit Ninety-eight (98) and Tracts Three (3) and Four (4) in Block Ten (10) of Unit Ninety-eight (98) and Tracts Forty-one (41) and Forty-two (42) in Block Ten (10) of Unit Ninety-eight (98) in Deming Ranchettes according to the plat there of filed in the Office of the County Clerk of Luna County, New Mexico. *Additional Information:* Indicated to be in the Deming Ranchettes. The Deming Ranchettes and Sunshine Valley Ranchettes are in the same area with the Deming on the north end and Sunshine Valley on the south end. These appear to be small 0.5 acre plots of land appearing to be for a future residential development. | Vacant (6 parcels) Deming Ranchettes, near Deming, NM. |
| RCCDG Schedule A Item 43 | Parcel No. Z397102034. Land in Socorro County, NM. Legal Description: Lot 7 Blk 90 Unit 1 Rio Grande Estates. *Additional Information:* Part of the Rio Grande Estates which is just east of the Rio Grande River & State Highway 47 from Belen, NM and just south of the Manzano Expressway. Probably about an hour or less south of Albuquerque. These estates cross county lines and the north end is in Valencia County while the south end is in Socorro County. | Vacant (1 parcel) Near Belen, NM (Socorro County) |
| RCCDG Schedule A Item 44 | Parcel No. 105416137808484. Land in Taos County, NM. Legal Description: Lot B. Block 75, Tres Piedras Estates, Unit 5, a sub-division in Taos County, New Mexico, as the same is shown and designated on the plat of said subdivision filed in the Office of the County Clerk of Taos County, New Mexico, on February 26, 1962. *Additional Information:* In the Tres Piedras Estates area which appears to be near U.S. Hwy 64 and U.S. Hwy 285 near the NM & CO border. (The coordinates are roughly 36°39'15"N 105°55'13"W - need coordinates to find it on Taos County's GIS mapping - parcel nos. & legal descriptions do not assist in location.) | Vacant (1 parcel) Near Tres Padres Estates (Toas County), near CO border |
| RCCDG Schedule A Item 45 | Parcel No. 1980926000000. Land in Taos County, NM. Legal Description: Lot Sixteen (16) in Block Nine (9) of Tres Piedras Estates, Unit Nine (9) a subdivision in Taos County, New Mexico, as the same is shown and designated on the plat of said subdivision filed in the Office of the County Clerk of Taos County, New Mexico, on August 3, 1962. *Additional Information:* In the Tres Piedras Estates area which appears to be near U.S. Hwy 64 and U.S. Hwy 285 near the NM & CO border. (The coordinates are roughly 36°39'15"N 105°55'13"W - need coordinates to find it on Taos County's GIS mapping - parcel nos. & legal descriptions do not assist in location.) | Vacant (1 parcel) Near Tres Padres Estates (Toas County), near CO border |

| SCHEDULE | LEGAL DESCRIPTION | USE |
|---|---|---|
| RCCDG Schedule A Item 46 | Parcel No. 201-14-023. Vacant Land in Apache County, Concho, AZ. Legal Description: Lots Three (3), Four (4) and Eleven (11) in Block Two (2) of Concho Addition, as shown on the plat thereof recorded in Book 1 of Townsite Maps, Page 6, Records of Apache County, Arizona. *Additional Information:* In Concho, AZ. Vacant land about 0.5 miles from the parish just west of E. 3rd Street. The closest streets are roughly west of E. 3rd Street in between N. 1st Ave. and US 180A. | Vacant (1 parcel) West of E. 3rd St., Concho, AZ |
| RCCDG Schedule A Item 47 | Parcel Nos. 107-18-218 & 107-18-219. Vacant Land in Apache County, Concho, AZ. Legal Description: Lots 218 and 219, Show Low Pines Unit Five, according to the plat thereof recorded in the office of the County Recorder of Apache County, Arizona, in Book 2 of Townsite Maps, page 14. *Additional Information:* Appears to be vacant land just west of US 61, southwest of Little Ortega Lake and just south along US 61 from White Mountain. Appears to be approximately half way to Show Low, AZ. | Vacant (2 parcels) West of US 61 between Concho & Show Low. |
| RCCDG Schedule A Item 48 | Parcel No. 203-50-126. Vacant Land in Apache County, St. Johns, AZ. Legal Description: Lot 126 Hacienda San Juan, as shown on the plat thereof, recorded in Book 5 of Townsite Maps, page 18, records of Apache County, Arizona. *Additional Information:* In St. Johns, AZ. Vacant parcel just south of E. Cleveland St. at the intersection of County Road 6007 and 6011 (Trail Dr.). | Vacant (1 parcel) E. Cleveland near County Road 6007 and 6011, St. Johns, AZ |
| RCCDG Schedule A Item 55 | Vacant Land in Rio Arriba County, Lumberton, NM. Legal Description: Lots numbered Fourteen (14); Fifteen (15); Sixteen (16); and Seventeen (17) in Block No. One (1) of the Lumberton Townsite, Lumberton, New Mexico, each of the above lots measuring one hundred forty-one (141) feet East and West and twenty-five (25) feet North and South, or a total of one hundred (100) feet North and South and one hundred forty-one (141) feet East and West. *Additional Information:* Not certain as to ownership. The legal description is too poor for the assessor's office to identify it. Appears to be close to parcel 2-004-186-030-346 and the grantors have the same last name (Cordova), however, the assessor's office checked the ownership of parcels near parcel 2-004-186-030-346 and found nothing else owned by the either Debtor in the area. | Vacant (unknown, likely 1 parcel) Lumberton, NM |
| RCCDG Schedule A Item 59 | Parcel No. 2-016-088-091-485. Vacant Land Sandoval County, Guadalupe, NM. Legal Description: Legal: S: 9 T: 15N R: 03W Village of Guadalupe in Exception #1 & Exception #4 of Ignacio Chavez Grant Subd: Sect-Twnshp-Rnge. *Additional Information:* Vacant land in the middle of nowhere. Near Guadalupe Village and Guadalupe Road. | Vacant (1 parcel) Near Guadalupe Village & Guadalupe Rd., NM |
| RCCDG Schedule A Item 60 | Parcel No. 1-013-074-331-068. Vacant Land in Sandoval County, Rio Rancho, NM. Legal Description: Unit No. 21, Block No. 93, Lot No. 54, as shown and designated on the map of Rio Rancho Estates, filed in the office of the County Clerk of Sandoval County, New Mexico in Rio Rancho Estates Plat Book, No. 2, page 31 on April 16, 1970. *Additional Information:* In Rio Rancho, NM. This and the vacant lots identified in Item 61 are 52, 53 and 54 of Block 93 of the Rio Rancho Estates in Rio Rancho, NM. Per Jake in the Sandoval County's assessor's office these 3 parcels are on Ardrey Road NE in between Roral Road NE and Terrance Road NE. | Vacant (1 parcel) Ardrey Rd. NE in between Roral Rd. NE & Terrance Rd., Rio Rancho, NM |

| SCHEDULE | LEGAL DESCRIPTION | USE |
|---|---|---|
| RCCDG Schedule A Item 61 | Parcel Nos. 1-013-074-347-068 & 1-013-074-339-068. Vacant Land in Sandoval County, Rio Rancho, NM. Legal Description: Unit No. 21, Block No. 93, Lots No. 52 & 53, as shown and designated on the map of Rio Rancho Estates, filed in the office of the County Clerk of Sandoval County, New Mexico in Rio Ranco Estate Plat Book No. 2, page 31 on April 16, 1970. *Additional Information:* In Rio Rancho, NM. These and the vacant lot identified in Item 60 are 52, 53 and 54 of Block 93 of the Rio Rancho Estates in Rio Rancho, NM. Per Jake in the Sandoval County's assessor's office these 3 parcels are on Ardrey Road NE in between Roral Road NE and Terrance Road NE. | Vacant (2 parcels) Ardrey Rd. NE in between Roral Rd. NE & Terrance Rd., Rio Rancho, NM |
| RCCDG Schedule A Item 63 | Parcel No. 2-048-176-108-280. Land in San Juan County, Blanco, NM. Legal Description: Beginning at a point 1070 feet west of the southeast corner of NE1/4 of SE1/4 of section 19, township 30 north, range 8 west, N.M.P.M.; thence N 19° 15' E. 27514 feet to the south corner of County School property (marked by cross (+) on side of cliff, in rook); thence N 70°45' W., 209 feet, to west corner of school property; thence S 19° 15' W., 348.5 feet, to south line of NE1/4 SE1/4 sec 19; thence east 221.3 feet, to point of beginning. Containing 1.6 acres, more or less, all in the NE1/4SE1/4 section 19 T. 30 N. R. 8W. | Vacant (1 parcel) Off NM 511, between Road 4370 & 4225, Blanco, NM |
| RCCDG Schedule A Item 65 | Parcel No. 2-043-181-412-247. Land in San Juan County, near Navajo Dam, NM. Legal description: New Mexico Principal Meridian, New Mexico, T. 31 N., R. 8 W., Sec. 25, Lot 141. | Vacant (1 parcel) Near NM 511 & Navajo Dam, Navajo Dam, NM |
| RCCDG Schedule A Item 67 | Parcel No. 2-072-174-475-410. Land in San Juan County, Farmington, NM. Legal Description: A tract of land situated in the NW1/4NW1/4 of Section 31, T30N, R12W, N.M.P.M, San Juan County, New Mexico, which is a part of Lot 12, Block 3 of A.T. Hogan Addition, First Exention, more particularly described as follows: Beginning at a point whence the NW corner of said Section 31 bears N13 degrees 5600"W a distance of 1244.24 feet; thence 52.36 feet along an arc of a curve to the left, having a radius of 50.00 feet; thence N89 degrees 5700"E a distance of 246.76 feet; thence 119.48 feet along an arc of a curve to the left, having a radius of 75.59 feet; thence S00 degrees 3700"E a distance of 82.80 feet; thence S54 degrees 2000"W a distance of 7.35 feet; thence S80 degrees 4900"W a distance of 73.05 feet; thence 159.25 feet along an arc of a curve to the right having a radius of 999.00 feet; thence S89 degrees 5700"W a distance of 129.79 feet; thence N00 degrees 3700" a distance of 10.00 feet to a point of beginning, containing 0.26 acres, more or less. | Vacant (1 parcel) Pinon Hills Blvd. near English Road, Farmington, NM |
| RCCDG Schedule A Item 68 | Parcel No. 2-076-171-115-305. Land used by Catholic Charities in San Juan County, 119 Broadway Ave., Farmington, NM. Legal Description: Lots Seven (7) and Eight (8) in Block Three (3) of the Rosenthal Subdivision, as shown on the Plat of said Subdivision filed for record July 29, 1910. | Catholic Charities (1 parcel) 119 Broadway Ave., Farmington, NM |
| RCCDG Schedule A Item 71 | Parcel Nos. 2-056-059-020-150, 2-056-059-020-165, 2-056-059-020-178, 2-056-059-020-192, 2-056-059-020-206, 2-056-059-020-218, 2-056-059-020-230, 2-056-059-020-245, 2-056-059-021-258, 2-056-059-039-142, 2-05-059-053-150, 2-05-059-053-165, 2-05-059-053-177, 2-05-059-080-150, 2-05-059-080-165, 2-05-059-080-177, 2-05-059-095-142, 2-05-059-110-150, 2-05-059-110-165, 2-05-059-136-150, 2-05-059-136-165, 2-05-059-136-177, 2-05-059-152-142, 2-05-059-167-150, 2-05-059-167-165, 2-05-059-167-177, 2-05-059-192-150, 2-05-059-192-165, 2-05-059-192-177, 2-05-059-210-142, 2-05-059-224-150, 2-05-059-224-165, 2-05-059-224-177, 2-05-059-250-150, 2-05-059-250-165, 2-05-059-250-177, 2-05-059-267-142, 2-05-059-280-150, 2-05-059-280-165, 2-05-059-280-177, 2-05-059-308-150, 2-05-059-308-165, 2-05-059-308-177, 2-05-059-324-142, 2-05-059-339-150, 2-05-059-339-165, 2-05-059-339-177, 2-05-059-365-150, 2-05-059-365-165, 2-05-059-365-177, 2-05-059-382-142, 2-05- | Vacant (64 parcels) The 64 lots (La Vega Estates) near San Rafael, NM. |

Case 13-13676-t11    Doc 383-3    Filed 05/18/15    Entered 05/18/15 11:16:31 Page 8 of 9

| SCHEDULE | LEGAL DESCRIPTION | USE |
|---|---|---|
| | 059-395-150, 2-05-059-395-165, 2-05-059-395-177, 2-05-059-424-150, 2-05-059-424-165, 2-05-059-424-177, 2-05-059-439-142, 2-05-059-451-150, 2-05-059-451-165, 2-05-059-451-177, 2-05-059-044-205, 2-05-059-044-217. Land in Cibola County, NM. Legal Description: A tract of land situated in the SW1/4 of Section 10, T10N, R10W be more particularly described, Lots 1,2,3,4, Block 20, Lots 1,2,3,4,5,6,7 Block 21, Lots 1,2,3,4,5,6,7 Block 22, Lots, 1,2,3,4,5,6,7 Block 23, Lots 1,2,3,4,5,6,7 Block 24, Lots 1,2,3,4,5,6,7 Block 25, Lots 1,2,3,4,5,6,7 Block 26, Lots 1,2,3,4,5,6,7,8,9 Block 28, Lots 1,2,3,4,5,6 Block 6 Lots 11,12 Block 5 according to the plat map thereof of the La Vega Estates, subdivision filed in the office of the County Clerk of Cibola County, New Mexico. | |
| RCCDG Schedule A Item 76 | Parcel Nos. 2-071-070-282-508 & 2-071-070-293-508. Vacant Land in Cibola County, Bluewater, NM. Legal Description: Lots Numbered four and five (4) & (5), Block numbered seven (7), Unit numbered three (3) Bluewater Acres, a subdivision in Cibola County, New Mexico as the same is shown and designated on the Plat thereof filed in the Office of the County Clerk of Valencia County, New Mexico on July 3, 1962. | Vacant (2 parcels) Near Tarpon Drive and Kokanee Drive, Bluewater, NM |
| RCCDG Schedule A Item 77 | Parcel No. 2-072-071-495-323. Vacant Land in Cibola County, NM. Legal Description: A tract of land in the Northwest Quarter (NW-1/4) of Section Seven (7), Township Twelve (12) North, Range Twelve (12) West, N.M.P.M., more particularly described as follows: Beginning at a BLM Brass Cap, the Northwest Corner of said Section 7; thence S0°2900"E, 1540.71 feet to the Real Point of Beginning and being the northwest corner of the herein described tract; thence N86°38'20"E, 775.00 feet to the northeast corner; thence S0°2900"E, 1124.99 feet to the southeast corner; thence S86°38'20"W, 775.00 feet to the southwest corner of the herein described tract and being the West Quarter Corner of said Section 7; thence N0°2900"W, along the section line, 1124.99 feet to the point of beginning, containing 20 acres, more or less.<br>*Additional Information:*<br>Vacant, undeveloped forest land near Bluewater Lake. | Vacate Near Bluewater Lake, NM. |

Case 13-13676-t11    Doc 383-3    Filed 05/18/15    Entered 05/18/15 11:16:31 Page 9 of 9