# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

| | |
|---|---|
| In re: | Chapter 11 |
| ROMAN CATHOLIC CHURCH OF THE DIOCESE OF GALLUP, a New Mexico corporation sole, | Case No. 13-13676-t11 |
| | **Jointly Administered with:** |
| Debtor. | Case No. 13-13677-t11 |
| Jointly Administered with: | [Docket No. 402] |
| BISHOP OF THE ROMAN CATHOLIC CHURCH OF THE DIOCESE OF GALLUP, an Arizona corporation sole. | |
| This pleading applies to: | |
| ☒ All Debtors. ☐ Specified Debtor. | |

## MOTION FOR ENTRY OF ORDER TO FILE UNDER SEAL EXHIBITS A THROUGH F TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITOR'S MEMORANDUM IN SUPPORT OF STAY RELIEF MOTIONS

The Official Committee of Unsecured Creditors, by and through its undersigned counsel, respectfully requests this Court enter an Order to File Under Seal Exhibits A through F to the *Official Committee of Unsecured Creditors' Memorandum in Support of Stay Relief Motions* [Dkt. No. 402] ("Seal Motion").

Good cause exists for the filing of this Seal Motion because:

1. Pursuant to the *Order Fixing Time for Filing Proofs of Claim, Approving Claim Forms, and Approving Manner and Form of Notice* entered on April 11, 2014 [Dkt. No. 218], abuse claim forms are filed under seal in hard copy and kept under seal in order to ensure that the identity of the Tort Claimants remain confidential.

2. Exhibits A through F to the *Official Committee of Unsecured Creditors' Memorandum in Support of Stay Relief Motions* (the "Memorandum") are comprised of Proofs of Claims and state court complaints which contain the names and personal information of three tort claimants.

For all of the foregoing reasons, the Committee respectfully requests that the Court enter an order, substantially in the form of the proposed order filed herewith,

1. Authorizing Pachulski Stang Ziehl & Jones LLP to file Exhibits A through F to the Memorandum under seal: and

2. Granting further relief as is just and proper.

Dated: July 9, 2015

Respectfully submitted,

PACHULSKI STANG ZIEHL & JONES LLP

By  */s/ James I. Stang*
James I. Stang (admitted pro hac vice)
Kenneth H. Brown (admitted pro hac vice)
Gillian N. Brown (admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Tel: 310-277-6910/Fax: 310-201-0760
jstang@pszjlaw.com
kbrown@pszjlaw.com
gbrown@pszjlaw.com

Counsel for the Official Committee of Unsecured Creditors

# CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b)(3), F.R.B.P. 9036 and NM LBR 9036-1(b), I hereby certify that on July 9, 2015, I caused service of the foregoing **MOTION FOR ENTRY OF ORDER TO FILE UNDER SEAL EXHIBITS A THROUGH F TO PACHULSKI STANG ZIEHL & JONES LLP'S MEMORANDUM IN SUPPORT OF STAY RELIEF MOTIONS** as follows:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Ronald Andazola on behalf of U.S. Trustee United States Trustee - ronald.andazola@usdoj.gov

James A Askew on behalf of Creditor New Mexico Property Casualty Insurance Guaranty Association; jaskew@askewmazelfirm.com, askewmazelign@gmail.com; awalkowiak@askewmazelfirm.com;pstice@askewmazelfirm.com;ericanunez@askewmazelfirm.com

Randy S. Bartell on behalf of Interested Party Catholic Mutual Relief Society of America rbartell@montand.com

Bonnie P. Bassan on behalf of Interested Party Southwest Indian Foundation, Inc. mbglaw@swcp.com, bbg11usc@swcp.com

Susan Gayle Boswell on behalf of Debtor Bishop of the Roman Catholic Church of the Diocese of Gallup - susan.boswell@quarles.com, kelly.webster@quarles.com;docketaz@quarles.com;jessica.cenedese@quarles.com

Susan Gayle Boswell on behalf of Debtor Roman Catholic Church of the Diocese of Gallup susan.boswell@quarles.com, kelly.webster@quarles.com;docketaz@quarles.com;jessica.cenedese@quarles.com

Gillian Nicole Brown on behalf of Creditor Committee Official Committee of Unsecured Creditors - gbrown@pszjlaw.com

Kenneth Harris Brown on behalf of Creditor Committee Official Committee of Unsecured Creditors - kbrown@pszjlaw.com

Robert M. Charles, Jr. on behalf of Creditor Catholic Peoples Foundation RCharles@LRRLaw.com, BankruptcyNotices@LRLaw.com

Robert M. Charles, Jr. on behalf of Interested Party PARISH STEERING COMMITTEE OF ROMAN CATHOLIC CHURCH OF THE DIOCESE OF GALLUP RCharles@LRRLaw.com, BankruptcyNotices@LRLaw.com

Everett J. Cygal on behalf of Interested Party Catholic Mutual Relief Society of America
ecygal@schiffhardin.com

Louis T. DeLucia on behalf of Interested Party Catholic Mutual Relief Society of America
ldelucia@schiffhardin.com

J. Daryl Dorsey on behalf of Interested Party Southwest Indian Foundation, Inc.
jdd@tblaw.com

Richard T. Fass on behalf of Creditor John Doe - bmccormick@perdueandkidd.com, dkidd@perdueandkidd.com;bmccormick@perdueandkidd.com;dkurc@perdueandkidd.com

Richard T. Fass on behalf of Creditor John Doe - rfass@perdueandkidd.com, dkidd@perdueandkidd.com;bmccormick@perdueandkidd.com;dkurc@perdueandkidd.com

Elizabeth Sarah Fella on behalf of Debtor Bishop of the Roman Catholic Church of the Diocese of Gallup - elizabeth.fella@quarles.com, linda.vaubel@quarles.com; docketaz@quarles.com

Alyson M. Fiedler on behalf of Interested Party Catholic Mutual Relief Society of America
afiedler@schiffhardin.com

Susan M. Freeman on behalf of Creditor Catholic Peoples Foundation
SFreeman@LRRLaw.com, SClark@LRRLaw.com;MSchoenike@LRRLaw.com

Justin J. Henderson on behalf of Creditor Catholic Peoples Foundation
JHenderson@LRRLaw.com, cscruggs@lrrlaw.com

Charles R. Hughson on behalf of Creditor St. Bonaventure Indian Mission & School
crhughso@rodey.com, jcmedfor@rodey.com

Charles R. Hughson on behalf of Plaintiff Saint Bonaventure Indian Mission and School, Inc.
crhughso@rodey.com, jcmedfor@rodey.com

Steven D Jerome on behalf of Creditor Roman Catholic Church of the Diocese of Phoenix
sjerome@swlaw.com, mminnick@swlaw.com;docket@swlaw.com

Dennis E Jontz on behalf of Creditor Catholic Peoples Foundation
DJontz@LRRLaw.com, jhenderson@lrrlaw.com;mlucero@lrrlaw.com

Christopher R Kaup on behalf of Interested Party Southwest Indian Foundation, Inc.
crk@tblaw.com, ramchugh@tblaw.com

William R Keleher on behalf of Respondent BP America Production Co.

wkeleher@smidtlaw.com, dwatt@smidtlaw.com

John Christian Kelly on behalf of Interested Party The Province of Our Lady of Guadalupe of the Order of Friars Minor - jkelly@cblawyers.com, ghadley@cblawyers.com

Donald Hamilton Kidd on behalf of Creditor John Doe
dkidd@perdueandkidd.com, dkurc@perdueandkidd.com;rfass@perdueandkidd.com

Jonathan J. Kim on behalf of Creditor Committee Official Committee of Unsecured Creditors
jkim@pszjlaw.com

Leonard K Martinez-Metzgar on behalf of U.S. Trustee United States Trustee
leonard.martinez-metzgar@usdoj.gov

Edward Alexander Mazel on behalf of Creditor New Mexico Property Casualty Insurance Guaranty Association - edmazel@askewmazelfirm.com, dwhite@askewmazelfirm.com; jortiz@askewmazelfirm.com;pstice@askewmazelfirm.com;awalkowiak@askewmazelfirm.com;askewmazelign@gmail.com;ericanunez@askewmazelfirm.com

George M Moore on behalf of Interested Party Southwest Indian Foundation, Inc.
mbglaw@swcp.com, gmm11usc@swcp.com

Stephanie L Schaeffer on behalf of Debtor Bishop of the Roman Catholic Church of the Diocese of Gallup
sschaeffer@walkerlawpc.com, keggleston@walkerlawpc.com;WalkerLawPC14@gmail.com

Stephanie L Schaeffer on behalf of Debtor Roman Catholic Church of the Diocese of Gallup
sschaeffer@walkerlawpc.com, keggleston@walkerlawpc.com;WalkerLawPC14@gmail.com

Rodney L Schlagel on behalf of Interested Party William Michael Mulvey - rlschlagel@btblaw.com;  atluevano@btblaw.com

Sharon T. Shaheen on behalf of Interested Party Catholic Mutual Relief Society of America
sshaheen@montand.com, lbaca@montand.com

David M. Spector on behalf of Interested Party Catholic Mutual Relief Society of America
dspector@schiffhardin.com

James I. Stang on behalf of Creditor Committee Official Committee of Unsecured Creditors
jstang@pszjlaw.com

United States Trustee - ustpregion20.aq.ecf@usdoj.gov

Douglas R Vadnais on behalf of Creditor The Bank of Colorado d/b/a Pinnacle Bank
drv@modrall.com, doloress@modrall.com

Thomas D Walker on behalf of Debtor Bishop of the Roman Catholic Church of the Diocese of Gallup - twalker@walkerlawpc.com, mwells@walkerlawpc.com; sroybal@walkerlawpc.com; WalkerLawPC14@gmail.com; spatteson@walkerlawpc.com

Thomas D Walker on behalf of Debtor Roman Catholic Church of the Diocese of Gallup twalker@walkerlawpc.com, mwells@walkerlawpc.com; sroybal@walkerlawpc.com; WalkerLawPC14@gmail.com; spatteson@walkerlawpc.com

Daniel Andrew White on behalf of Creditor New Mexico Property Casualty Insurance Guaranty Association - dwhite@askewmazelfirm.com, askewmazellawfirm@gmail.com; jortiz@askewmazelfirm.com;awalkowiak@askewmazelfirm.com;askewmazelign@gmail.com; pstice@askewmazelfirm.com

Lori Lee Winkelman on behalf of Debtor Bishop of the Roman Catholic Church of the Diocese of Gallup - lori.winkelman@quarles.com, amelia.valenzuela@quarles.com;docketaz@quarles.com

Lori Lee Winkelman on behalf of Debtor Roman Catholic Church of the Diocese of Gallup lori.winkelman@quarles.com, amelia.valenzuela@quarles.com;docketaz@quarles.com

PACHULSKI STANG ZIEHL & JONES LLP

By:     */s/ James I. Stang*
      James I. Stang