UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

MINUTE ENTRY

Hearing Information:

Debtor: Roman Catholic Church of the Diocese of Gallup
Case Number:	13-13676-t11

Date/Time:	07/29/2015 01:30 pm
Bankruptcy Judge:	David T. Thuma
Law Clerk:	Michael DiGiacomo
Courtroom Deputy:	Christa Lucero

(TA) FH on Motion for Entry of Order to File Under Seal Exhibits A through F to the Official Committee of Unsecured Creditor's Memorandum In Support of Stay Relief Motions (403)

APPEARANCES:

Atty for Debtor: Susan Boswell (by phone)
Atty for UCC: James Stang (mot 403) (by phone)
Atty for John Doe: Richard Fass (by phone) and Donald Kidd (by phone)
Atty for Catholic Mutual Relief Society: Sharon Shaheen (by phone)


Proceedings:

I, Christa Lucero, certify that a true and complete electronic sound recording of this proceeding was made.

TIME STARTED:	1:44 P.M.	TIME ENDED:	1:51 P.M.


**STANG TO SUBMIT ORDER GRANTING MOTION FOR ENTRY OF ORDER TO FILE UNDER SEAL EXHIBITS A THROUGH F TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITOR'S MEMORANDUM IN SUPPORT OF STAY RELIEF MOTIONS**