UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| In re: | Chapter 11 |
| ROMAN CATHOLIC CHURCH OF THE DIOCESE OF GALLUP, a New Mexico corporation sole, | Case No. 13-13676-t11 |
| | **Jointly Administered with:** |
| Debtor. | |
| Jointly Administered with: | Case No. 13-13677-t11 |
| BISHOP OF THE ROMAN CATHOLIC CHURCH OF THE DIOCESE OF GALLUP, an Arizona corporation sole. | |
| This pleading applies to: | |
| ☒ All Debtors. ☐ Specified Debtor. | |

### DEBTORS' JOINDER TO "NEW MEXICO PROPERTY AND CASUALTY INSURANCE GUARANTY ASSOCIATION'S OBJECTION TO JANE L.S. DOE'S, ALFRED MOYA'S, AND JOHN M.H. DOE'S MOTIONS FOR RELIEF FROM AUTOMATIC STAY" [DKT. NO. 415]

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The Roman Catholic Church of the Diocese of Gallup ("**RCCDG**") and the Bishop of the Roman Catholic Church of the Diocese of Gallup (the "**Arizona Entity**," and together with RCCDG, the "**Debtors**"), the debtors and debtors-in-possession in the above-captioned, jointly administered cases (the "**Reorganization Cases**"), hereby file this joinder to "New Mexico Property and Casualty Insurance Guaranty Association's Objection to Jane L.S. Doe's, Alfred Moya's, and John M.H. Doe's Motions for Relief from Automatic Stay" [Dkt. No. 415] (the "**NMPCIGA Objection**").

In addition to the procedural deficiencies cited in the NMPCIGA Objection, each "Motion for Relief from Automatic Stay" [Dkt. Nos. 396-398] ("**Stay Relief Motions**") is

defective due to, among other reasons, the failure of Mr. Robert Pastor and Mr. John Manly to obtain admission *pro hac vice*[1] or formally appear and make proper disclosures in these Reorganization Cases.

Upon information and belief, neither Mr. Pastor nor Mr. Manly is admitted to the New Mexico State Bar and neither they nor their firms have filed any application before this Court allowing them to appear *pro hac vice* or allowing them to waive the requirement to affiliate local counsel pursuant to NM LBR 9010-1. Also, as entities representing multiple creditors acting in concert to advance their common interests, Messrs. Pastor and Manly have violated the disclosure requirements of Fed. R. Bankr. P. 2019. The failure to file any notice of appearance in the Reorganization Cases further violates Fed. R. Bankr. P. 9010(b).

The Debtors reserve all their rights to, and will, file a substantive objection to the Stay Relief Motions, in addition to this joinder in NMPCIGA's Objection on procedural grounds.

RESPECTFULLY SUBMITTED this 3rd day of August, 2015.

/s/ Elizabeth S. Fella
Susan G. Boswell (AZ Bar No. 004791)
Lori L. Winkelman (AZ Bar No. 021400)
Elizabeth S. Fella (AZ Bar No. 025236)
*Admitted Pro Hac Vice*
QUARLES & BRADY LLP
One S. Church Ave., Suite 1700
Tucson, Arizona 85701
(520) 770-8700
Fax: (520) 623-2418
susan.boswell@quarles.com
lori.winkelman@quarles.com
elizabeth.fella@quarles.com

-and-

---

[1] The signature blocks on the Stay Relief Motions assert that Mr. Pastor and Mr. Manly are admitted *pro hac vice* to practice before this Court, but the docket sheets for the Reorganization Cases do not support this assertion.

Thomas D. Walker
WALKER & ASSOCIATES, P.C.
500 Marquette N.W., Suite 650
Albuquerque, New Mexico 87102
(505) 766-9272
Fax: (505) 722-9287
twalker@walkerlawpc.com

*Counsel for the Debtors*

# CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b)(3), F.R.B.P. 9036 and NM LBR 9036-1(b), I hereby certify that service of the foregoing "Debtors' Joinder to 'New Mexico Property and Casualty Insurance Guaranty Association's Objection to Jane L.S. Doe's, Alfred Moya's, and John M.H. Doe's Motions For Relief From Automatic Stay' [Dkt. No. 415]" was made on August 3, 2015 via e-mail and the notice transmission facilities of the Bankruptcy Court's case management and electronic filing system on the below listed parties, and via U.S. Mail to all additional parties on the Debtors' List of Creditors Holding 20 Largest Unsecured Claims.

| | |
|---|---|
| Ronald E. Andazola<br>Leonard Martinez-Metzgar<br>Office of the U.S. Trustee<br>P.O. Box 608<br>Albuquerque, NM 87103<br>ustpregion20.aq.ecf@usdoj.gov<br>ronald.andazola@usdoj.gov<br>leonard.martinez-metzgar@usdoj.gov | Thomas D. Walker<br>Stephanie L. Schaeffer<br>Walker & Associates, P.C.<br>500 Marquette N.W., Suite 650<br>Albuquerque, NM 87102<br>twalker@walkerlawpc.com<br>sschaeffer@walkerlawpc.com<br>*Local Counsel for Debtor<br>and Debtor-in-Possession* |
| James I. Stang<br>Gillian N. Brown<br>Jonathan J. Kim<br>Pachulski Stang Ziehl & Jones<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067<br>jstang@pszjlaw.com<br>gbrown@pszjlaw.com<br>jkim@pszjlaw.com<br>*Counsel for the Official<br>Committee of Unsecured Creditors* | Kenneth H. Brown<br>Pachulski Stang Ziehl & Jones<br>150 California Street, 15th Floor<br>San Francisco, CA 94111<br>kbrown@pszjlaw.com<br>*Counsel for the Official<br>Committee of Unsecured Creditors* |
| Robert E. Pastor<br>Montoya, Jimenez & Pastor, P.A.<br>3200 N. Central Ave., Suite 2550<br>Phoenix, AZ 85012<br>repastor@mjpattorneys.com<br>*Counsel for Tort Claimants* | John Manly<br>Manly & Stewart<br>19100 Von Karman Ave., Suite 800<br>Irvine, CA 92612<br>jmanly@manlystewart.com<br>*Counsel for Tort Claimants* |
| Richard T. Fass<br>Donald H. Kidd<br>Perdue & Kidd, LLP<br>510 Bering Dr., Suite 550<br>Houston, TX 77057<br>rfass@perdueandkidd.com<br>dkidd@perdueandkidd.com<br>*Counsel for Tort Claimants* | Dennis Jontz<br>Lewis Roca Rothgerber<br>201 Third Street, NW, Ste. 190<br>Albuquerque, NM 87102<br>djontz@lrrlaw.com<br>*Local Counsel for Catholic Peoples Foundation and Parish Steering Committee of Roman Catholic Church of the Diocese of Gallup* |

Robert M. Charles, Jr.
Susan M. Freeman
Justin J. Henderson
Lewis Roca Rothgerber LLP
201 E. Washington St., Suite 1200
Phoenix, AZ 85004
rcharles@lrrlaw.com
sfreeman@lrrlaw.com
jhenderson@lrrlaw.com
*Counsel for Catholic Peoples Foundation and Parish Steering Committee of Roman Catholic Church of the Diocese of Gallup*

Douglas R. Vadnais
Modrall, Sperling, Roehl,
Harris & Sisk, P.A.
P.O. Box 2168
Albuquerque, NM 87103
drv@modrall.com
*Counsel for The Bank of Colorado d/b/a Pinnacle Bank*

Christopher R. Kaup
J. Daryl Dorsey
Tiffany & Bosco
Camelback Esplanade II
2525 E. Camelback Rd., Ste. 300
Phoenix, AZ 85016
crk@tblaw.com
jdd@tblaw.com
*Counsel for Southwest Indian Foundation, Inc.*

George M. Moore
Bonnie B. Gandarilla
Moore Berkson & Gandarilla P.C.
3800 Osuna Rd., NE, Ste. 2
Albuquerque, NM 87109
mbglaw@swcp.com
bbg11usc@swcp.com
*Local Counsel for Southwest Indian Foundation, Inc.*

Charles R. Hughson
Rodey, Dickason, Sloan,
Akin & Robb, P.A.
P.O. Box 1888
Albuquerque, NM 87103
chughson@rodey.com
*Counsel for St. Bonaventure Indian Mission & School*

Steven D. Jerome
Snell & Wilmer, LLP
One Arizona Center
400 E. Van Buren St., Ste. 1900
Phoenix, AZ 85004
sjerome@swlaw.com
*Counsel for The Roman Catholic Church of the Diocese of Phoenix*

Edward A. Mazel
James A. Askew
Daniel A. White
Askew & Mazel, LLC
320 Gold Ave. S.W., Suite 300 A
Albuquerque, NM 87102
edmazel@askewmazelfirm.com
jaskew@askewmazelfirm.com
dwhite@askewmazelfirm.com
*Counsel for New Mexico Property and Casualty Insurance Guaranty Association*

Randy S. Bartell
Victor R. Ortega
Sharon T. Shaheen
Montgomery & Andrews, P.A.
P.O. Box 2307
Santa Fe, NM 87504
rbartell@montand.com
vortega@montand.com
sshaheen@montand.com
*Counsel for Catholic Mutual Relief Society of America*

Rodney L. Schlagel
James H. Johansen
Butt Thornton & Baehr P.C.
P.O. Box 3170
Albuquerque, NM 87190
rlschlagel@btblaw.com
jhjohansen@btblaw.com
*Counsel for the Roman Catholic Diocese Of Corpus Christi*

David Spector
Everett Cygal
Schiff Hardin LLP
233 S. Wacker Dr., Suite 660
Chicago, IL 60606
dspector@schiffhardin.com
ecygal@schiffhardin.com
*Counsel for Catholic Mutual Relief Society*

5

| | |
|---|---|
| Alyson M. Fiedler<br>Louis T. DeLucia<br>Schiff Hardin LLP<br>666 Fifth Avenue, 17th Floor<br>New York, NY 10103<br>afiedler@schiffhardin.com<br>ldelucia@schiffhardin.com<br>*Counsel for Catholic Mutual Relief Society* | Michael Murphy<br>Young Kim<br>AlixPartners, LLP<br>580 California Street<br>San Francisco, CA 94104<br>mmurphy@alixpartners.com<br>ykim@alixpartners.com<br>*Unknown Claims Representative* |
| Francis H. LoCoco<br>Bruce G. Arnold<br>Whyte Hirschbeck Dudek S.C.<br>555 E. Wells St., Suite 1900<br>Milwaukee, WI 53202<br>flococo@whdlaw.com<br>barnold@whdlaw.com<br>*Counsel for Roman Catholic Diocese*<br>*of Corpus Christi* | Timothy J. Hurley<br>Theresa H. Vella<br>Taft Stettinius & Hollister LLP<br>425 Walnut Street, Suite 1800<br>Cincinnati, OH 45202<br>hurley@taftlaw.com<br>vella@taftlaw.com<br>*Counsel for the Province of St. John the*<br>*Baptist of the Order of Friars Minor* |
| John C. Kelly<br>Coppersmith Brockelman PLLC<br>2800 N. Central Ave., Suite 1200<br>Phoenix, AZ 85004<br>Jkelly@csblaw.com<br>*Counsel for The Province of Our Lady of*<br>*Guadalupe of the Order of Friars Minor* | VIA U.S. Mail<br>Michael Bazley<br>FBN 2237467<br>650 I Street<br>Sacramento, CA 95814 |

                                                                   /s/ *Elizabeth S. Fella*
                                                                     Elizabeth S. Fella