UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| In re: | Chapter 11 |
| ROMAN CATHOLIC CHURCH OF THE DIOCESE OF GALLUP, a New Mexico corporation sole, | Case No. 13-13676-t11 |
| | **Jointly Administered with:** |
| Debtor. | |
| Jointly Administered with: | Case No. 13-13677-t11 |
| BISHOP OF THE ROMAN CATHOLIC CHURCH OF THE DIOCESE OF GALLUP, an Arizona corporation sole. | |
| This pleading applies to: | |
| ☒ All Debtors.<br>☐ Specified Debtor. | |

## NOTICE OF AUCTION RESULTS
## (ARIZONA PROPERTY)

The Roman Catholic Church of the Diocese of Gallup ("**RCCDG**") and the Bishop of the Roman Catholic Church of the Diocese of Gallup (the "**Arizona Entity**," and together with RCCDG, the "**Debtors**") hereby provide notice that in accordance with the "Amended Order Granting Motion to (I) Retain Brokers; (II) Sell Property Under 11 U.S.C. § 363(b), (f), and (m); and (III) Approve Sale Procedures" [Dkt. No. 394] (the "**Sale Order**") a real estate auctions ("**Arizona Auction**") intended to sell the property previously identified in the "Amended Notice of Auction" [Dkt. No. 433] (the "**Notice of Auction**") was held on September 12, 2015 at the Sheraton Crescent Hotel, 2620 W. Dunlap Avenue, Phoenix, Arizona 85021.

The Arizona Auction grossed approximately $58,960, of which $53,450 will be netted by the Debtors, and of which $5,510 is a buyer's premium payable to the Debtors' real estate brokers. Detail relating to the results of the Arizona Auction is attached hereto as Exhibit "A."

The "Parcel Number" column corresponds to the number of each property on each Debtor's Schedules. By way of example, "RC-1" refers to the first Item (Item 1) on RCCDG's Schedule A, and "AE-1" refers to the first Item (Item 1) on the Arizona Entity's Schedule A.

An auction of the Debtors' property located in New Mexico and previously identified on the Notice of Auction (the "**New Mexico Auction**") will be held on **September 19, 2015 at the Airport Sheraton Hotel, 2910 Yale Boulevard SE, Albuquerque, New Mexico 87106** and will auction all property identified on the Debtors' list of Sale Assets located within New Mexico.

**ANY PERSON INTERESTED IN OBTAINING ADDITIONAL INFORMATION PERTAINING TO THE NEW MEXICO AUCTION MAY CALL (800) 791-0913.**

RESPECTFULLY SUBMITTED this 16th day of September, 2015.

/s/ Elizabeth S. Fella
Susan G. Boswell (AZ Bar No. 004791)
Lori L. Winkelman (AZ Bar No. 021400)
Elizabeth S. Fella (AZ Bar No. 025236)
*Admitted Pro Hac Vice*
QUARLES & BRADY LLP
One S. Church Ave., Suite 1700
Tucson, Arizona 85701
(520) 770-8700
Fax: (520) 623-2418
susan.boswell@quarles.com
lori.winkelman@quarles.com
elizabeth.fella@quarles.com
-and-
Thomas D. Walker
WALKER & ASSOCIATES, P.C.
500 Marquette N.W., Suite 650
Albuquerque, New Mexico 87102
(505) 766-9272
Fax: (505) 722-9287
twalker@walkerlawpc.com

*Counsel for the Debtors*

2

# CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b)(3), F.R.B.P. 9036 and NM LBR 9036-1(b), I hereby certify that service of the foregoing "<u>Notice of Auction Results (Arizona Property)</u>" was made on September 16, 2015 via e-mail and the notice transmission facilities of the Bankruptcy Court's case management and electronic filing system and via U.S. Mail to all additional parties on the Debtors' Limited Notice List.

Ronald E. Andazola
Leonard Martinez-Metzgar
Office of the U.S. Trustee
P.O. Box 608
Albuquerque, NM 87103
ustpregion20.aq.ecf@usdoj.gov
ronald.andazola@usdoj.gov
leonard.martinez-metzgar@usdoj.gov

Thomas D. Walker
Stephanie L. Schaeffer
Walker & Associates, P.C.
500 Marquette N.W., Suite 650
Albuquerque, NM 87102
twalker@walkerlawpc.com
sschaeffer@walkerlawpc.com
*Local Counsel for Debtor
and Debtor-in-Possession*

James I. Stang
Gillian N. Brown
Jonathan J. Kim
Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
jstang@pszjlaw.com
gbrown@pszjlaw.com
jkim@pszjlaw.com
*Counsel for the Official
Committee of Unsecured Creditors*

Kenneth H. Brown
Pachulski Stang Ziehl & Jones
150 California Street, 15th Floor
San Francisco, CA 94111
kbrown@pszjlaw.com
*Counsel for the Official
Committee of Unsecured Creditors*

Robert E. Pastor
Montoya, Jimenez & Pastor, P.A.
3200 N. Central Ave., Suite 2550
Phoenix, AZ 85012
repastor@mjpattorneys.com
*Counsel for Tort Claimants*

John Manly
Manly & Stewart
19100 Von Karman Ave., Suite 800
Irvine, CA 92612
jmanly@manlystewart.com
*Counsel for Tort Claimants*

Richard T. Fass
Donald H. Kidd
Perdue & Kidd, LLP
510 Bering Dr., Suite 550
Houston, TX 77057
rfass@perdueandkidd.com
dkidd@perdueandkidd.com
*Counsel for Tort Claimants*

Dennis Jontz
Lewis Roca Rothgerber
201 Third Street, NW, Ste. 190
Albuquerque, NM 87102
djontz@lrrlaw.com
*Local Counsel for Catholic Peoples Foundation and Parish Steering Committee of Roman Catholic Church of the Diocese of Gallup*

3

Robert M. Charles, Jr.
Susan M. Freeman
Justin J. Henderson
Lewis Roca Rothgerber LLP
201 E. Washington St., Suite 1200
Phoenix, AZ 85004
rcharles@lrrlaw.com
sfreeman@lrrlaw.com
jhenderson@lrrlaw.com
*Counsel for Catholic Peoples Foundation and Parish Steering Committee of Roman Catholic Church of the Diocese of Gallup*

Douglas R. Vadnais
Modrall, Sperling, Roehl,
Harris & Sisk, P.A.
P.O. Box 2168
Albuquerque, NM 87103
drv@modrall.com
*Counsel for The Bank of Colorado d/b/a Pinnacle Bank*

Christopher R. Kaup
J. Daryl Dorsey
Tiffany & Bosco
Camelback Esplanade II
2525 E. Camelback Rd., Ste. 300
Phoenix, AZ 85016
crk@tblaw.com
jdd@tblaw.com
*Counsel for Southwest Indian Foundation, Inc.*

George M. Moore
Bonnie B. Gandarilla
Moore Berkson & Gandarilla P.C.
3800 Osuna Rd., NE, Ste. 2
Albuquerque, NM 87109
mbglaw@swcp.com
bbg11usc@swcp.com
*Local Counsel for Southwest Indian Foundation, Inc.*

Charles R. Hughson
Rodey, Dickason, Sloan,
Akin & Robb, P.A.
P.O. Box 1888
Albuquerque, NM 87103
chughson@rodey.com
*Counsel for St. Bonaventure Indian Mission & School*

Steven D. Jerome
Snell & Wilmer, LLP
One Arizona Center
400 E. Van Buren St., Ste. 1900
Phoenix, AZ 85004
sjerome@swlaw.com
*Counsel for The Roman Catholic Church of the Diocese of Phoenix*

Edward A. Mazel
James A. Askew
Daniel A. White
Askew & Mazel, LLC
320 Gold Ave. S.W., Suite 300 A
Albuquerque, NM 87102
edmazel@askewmazelfirm.com
jaskew@askewmazelfirm.com
dwhite@askewmazelfirm.com
*Counsel for New Mexico Property and Casualty Insurance Guaranty Association*

Randy S. Bartell
Victor R. Ortega
Sharon T. Shaheen
Montgomery & Andrews, P.A.
P.O. Box 2307
Santa Fe, NM 87504
rbartell@montand.com
vortega@montand.com
sshaheen@montand.com
*Counsel for Catholic Mutual Relief Society of America*

Rodney L. Schlagel
James H. Johansen
Butt Thornton & Baehr P.C.
P.O. Box 3170
Albuquerque, NM 87190
rlschlagel@btblaw.com
jhjohansen@btblaw.com
*Counsel for the Roman Catholic Diocese Of Corpus Christi*

David Spector
Everett Cygal
Schiff Hardin LLP
233 S. Wacker Dr., Suite 660
Chicago, IL 60606
dspector@schiffhardin.com
ecygal@schiffhardin.com
*Counsel for Catholic Mutual Relief Society*

4

Alyson M. Fiedler
Schiff Hardin LLP
666 Fifth Avenue, 17th Floor
New York, NY 10103
afiedler@schiffhardin.com
ldelucia@schiffhardin.com
*Counsel for Catholic Mutual Relief Society*

Francis H. LoCoco
Bruce G. Arnold
Whyte Hirschbeck Dudek S.C.
555 E. Wells St., Suite 1900
Milwaukee, WI 53202
flococo@whdlaw.com
barnold@whdlaw.com
*Counsel for Roman Catholic Diocese
of Corpus Christi*

John C. Kelly
Coppersmith Brockelman PLLC
2800 N. Central Ave., Suite 1200
Phoenix, AZ 85004
Jkelly@csblaw.com
*Counsel for The Province of Our Lady of
Guadalupe of the Order of Friars Minor*

Michael Murphy
Young Kim
AlixPartners, LLP
580 California Street
San Francisco, CA 94104
mmurphy@alixpartners.com
ykim@alixpartners.com
*Unknown Claims Representative*

Timothy J. Hurley
Theresa H. Vella
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202
hurley@taftlaw.com
vella@taftlaw.com
*Counsel for the Province of St. John the
Baptist of the Order of Friars Minor*

VIA U.S. Mail:
Michael Bazley
FBN 2237467
650 I Street
Sacramento, CA 95814

/s/ *Elizabeth S. Fella*
Elizabeth S. Fella