# EXHIBIT "A"

DIOCESE OF GALLUP AUCTION SEPT 12, 2015-SALES GRID

| Parcel # Number | Buyers Name(s) | Address | Phone Home Work | Email | Bid Price | AB/ WR | Buyer's Premium | Total Purchase Price | Earnest Money | Additional Earnest Money | COOP Brkr | Closing Date | Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RC-1 | | | | | $7,000.00 | AB | $700.00 | $7,700.00 | $9,000.00 | $0.00 | No | | |
| R-C3 | | | | | $6,600.00 | AB | $600.00 | $6,600.00 | $3,600.00 | $0.00 | No | | |
| AE-2 | | | | | $1,750.00 | AB | $175.00 | $1,925.00 | $500.00 | N/A | No | | |
| RC-48 | | | | | $750.00 | AB | $75.00 | $825.00 | 825 (cash) | N/A | No | | |
| RC-46 | | | | | $2,750.00 | AB | $275.00 | $3,025.00 | $1,000.00 | N/A | No | | |
| AE-3 | | | | | $3,750.00 | AB | $375.00 | $4,125.00 | $1,500.00 | $0.00 | No | | |
| AE-4 | | | | | $24,000.00 | AB | $2,400.00 | $26,400.00 | $2,640.00 | $0.00 | No | | |
| AE-1 | | | | | $100.00 | AB | $10.00 | $110.00 | $120.00 | $0.00 | | | |
| RC-4 | | | | | $750.00 | AB | $75.00 | $825.00 | $500.00 | $0.00 | No | | |
| RC-2 | | | | | $1,750.00 | AB | $175.00 | $1,925.00 | $500.00 | $0.00 | No | | |
| RC-47 | | | | | $2,500.00 | AB | $250.00 | $2,750.00 | $500.00 | $0.00 | No | | |
| RC-46 | | | | | $2,500.00 | AB | $250.00 | $2,750.00 | $500.00 | $0.00 | No | | |
| | | | | TOTAL | | | | $58,960.00 | | | | | |