UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

In re:

ROMAN CATHOLIC CHURCH
OF THE DIOCESE OF GALLUP,           Case no. 13-13676-t11

     Debtor.

Jointly administered with:

BISHOP OF THE ROMAN CATHOLIC
CHURCH OF THE DIOCESE OF GALLUP,       Case no. 13-13677-t11

     Debtor.

## ORDER RESULTING FROM HEARING ON ORDER TO SHOW CAUSE

This matter came before the Court on October 7, 2015 for a hearing on the Order to Show Cause and Notice of Hearing, doc. 441 (the "Show Cause Order"). The issue before the Court was whether a certain public auction of New Mexico real estate, held in Albuquerque on September 19, 2015, should be set aside because a member of the public and a reporter for the *Gallup Independent* were not allowed to attend the auction. At the hearing the Court took evidence and heard arguments of counsel. The parties in attendance were listed on the record.

In accordance with the oral findings of fact and conclusions of law read into the record at the end of the hearing, the Show Cause Order is hereby vacated.

 

_____
Hon. David T. Thuma
United States Bankruptcy Judge

Entered: October 7, 2015

Copies to:

Susan Gayle Boswell
One S. Church Ave., Suite 1700
Tucson, AZ 85701

Lori Lee Winkleman
One S. Church Ave., Ste. 1700
Tucson, AZ 85701

Richard T. Fass
510 Bering Drive, Ste. 550
Houston, TX 77057

Steven D. Jerome
One Arizona Center
400 E. Van Buren St.
Phoenix, AZ 85004

Thomas D. Walker
500 Marquette Ave NW, Ste. 650
Albuquerque, NM 87102

Robert E. Pastor
3200 N. Central Avenue, Ste. 2550
Phoenix, AZ 85012

Ilan D. Scharf
10100 Santa Monica Blvd, # 1300
Los Angeles, CA 90067

Sharon Shaheen
P.O. Box 2307
Santa Fe, NM 87504

Elizabeth Hardin-Burrola
*via email*

Meredith Edelman
*via email*