UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

In re:

ROMAN CATHOLIC CHURCH
OF THE DIOCESE OF GALLUP,                                      Case No. 13-13676 t11

    Debtor.

Jointly administered with:

BISHOP OF THE ROMAN CATHOLIC
CHURCH OF THE DIOCESE OF GALLUP,                               Case No. 13-13677 t11

    Debtor.

## AMENDED ORDER ON DISCLOSURE STATEMENT AND PROCEDURES MOTION

On March 21, 2016, Debtors filed a Chapter 11 plan, doc. 540; a disclosure statement, doc. 541 (the "Disclosure Statement"); and a motion seeking approval of confirmation procedures, doc. 542 (the "Procedures Motion"). The Court held a status conference the same day. Appearances were noted on the record.

In accordance with the Court's ruling at the status conference, IT IS HEREBY ORDERED:

1. A hearing on the Disclosure Statement and the Procedures Motion will be held April 26, 2016 at 1:30 p.m. in the Animas Courtroom, 13th Floor, Dennis Chavez Federal Building and U.S. Courthouse, 500 Gold Avenue SW, Albuquerque, New Mexico.

2. The deadline for any party in interest to object to the Disclosure Statement or the Procedures Motion is April 20, 2016.

3. Debtors shall send notice of the objection deadline and hearing date by March 23, 2016. Copies of the Disclosure Statement and Procedures Motion shall be served on the limited mailing matrix. Notice of the objection deadlines and hearing date will be served on the entire

mailing matrix.

/s/ David T. Thuma

Hon. David T. Thuma
United States Bankruptcy Judge

Entered: March 23, 2016

Copies to:

Susan Gayle Boswell
One S. Church Ave., Ste. 1700
Tucson, AZ 85701

Thomas D. Walker
500 Marquette Ave NW, Ste. 650
Albuquerque, NM 87102