**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW MEXICO**

| | |
|---|---|
| In re: | Chapter 11 |
| ROMAN CATHOLIC CHURCH OF THE DIOCESE OF GALLUP, a New Mexico corporation sole, | Case No. 13-13676-t11 |
| | **Jointly Administered with:** |
| Debtor. | |
| Jointly Administered with: | Case No. 13-13677-t11 |
| BISHOP OF THE ROMAN CATHOLIC CHURCH OF THE DIOCESE OF GALLUP, an Arizona corporation sole. | |
| This pleading applies to: ☒ All Debtors. ☐ Specified Debtor. | |

**NOTICE OF FILING UNKNOWN CLAIMS REPRESENTATIVE'S
REPORT AND RECOMMENDATION**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The Roman Catholic Church of the Diocese of Gallup, a New Mexico corporation sole and Bishop of the Roman Catholic Church of the Diocese of Gallup, an Arizona corporation sole in the above-captioned jointly administered Chapter 11 reorganization cases, by and through their undersigned counsel, hereby file the "Unknown Claims Representative's Report and Recommendation" dated June 16, 2016 attached hereto as **Exhibit A**.

RESPECTFULLY SUBMITTED this 17th day of June, 2016.

/s/ *Lori L. Winkelman*
Susan G. Boswell (AZ Bar No. 004791)
Lori L. Winkelman (AZ Bar No. 021400)
Elizabeth S. Fella (AZ Bar No. 025236)
*Admitted Pro Hac Vice*
QUARLES & BRADY LLP
One S. Church Ave., Suite 1700
Tucson, Arizona 85701
(520) 770-8700
Fax: (520) 623-2418
susan.boswell@quarles.com
lori.winkelman@quarles.com
elizabeth.fella@quarles.com

-and-

Thomas D. Walker
WALKER & ASSOCIATES, P.C.
500 Marquette N.W., Suite 650
Albuquerque, New Mexico 87102
(505) 766-9272
Fax: (505) 722-9287
twalker@walkerlawpc.com

*Counsel for the Debtors*

# CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b)(3), F.R.B.P. 9036 and NM LBR 9036-1(b), I hereby certify that service of the foregoing "Notice of Filing Unknown Claims Representative's Report and Recommendations" was made on June 17, 2016 via e-mail and the notice transmission facilities of the Bankruptcy Court's case management and electronic filing system on the below listed parties.

Ronald E. Andazola
Leonard Martinez-Metzgar
Office of the U.S. Trustee
P.O. Box 608
Albuquerque, NM 87103
ustpregion20.aq.ecf@usdoj.gov
ronald.andazola@usdoj.gov
leonard.martinez-metzgar@usdoj.gov

Thomas D. Walker
Stephanie L. Schaeffer
Walker & Associates, P.C.
500 Marquette N.W., Suite 650
Albuquerque, NM 87102
twalker@walkerlawpc.com
sschaeffer@walkerlawpc.com
*Local Counsel for Debtor
and Debtor-in-Possession*

James I. Stang
Gillian N. Brown
Jonathan J. Kim
Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
jstang@pszjlaw.com
gbrown@pszjlaw.com
jkim@pszjlaw.com
*Counsel for the Official
Committee of Unsecured Creditors*

Kenneth H. Brown
Pachulski Stang Ziehl & Jones
150 California Street, 15th Floor
San Francisco, CA 94111
kbrown@pszjlaw.com
*Counsel for the Official
Committee of Unsecured Creditors*

Ilan D. Scharf
Pachulski Stang Ziehl & Jones
78 Third Ave., 34th Floor
New York, NY 10017
ischarf@pszjlaw.com
*Counsel for the Official
Committee of Unsecured Creditors*

Richard T. Fass
Donald H. Kidd
Perdue & Kidd, LLP
510 Bering Dr., Suite 550
Houston, TX 77057
rfass@perdueandkidd.com
dkidd@perdueandkidd.com
*Counsel for Tort Claimants*

Robert E. Pastor
Montoya, Jimenez & Pastor, P.A.
3200 N. Central Ave., Suite 2550
Phoenix, AZ 85012
repastor@mjpattorneys.com
*Counsel for Tort Claimants*

John Manly
Manly & Stewart
19100 Von Karman Ave., Suite 800
Irvine, CA 92612
jmanly@manlystewart.com
*Counsel for Tort Claimants*

Robert M. Charles, Jr.
Susan M. Freeman
Justin J. Henderson
Lewis Roca Rothgerber LLP
201 E. Washington St., Suite 1200
Phoenix, AZ 85004
rcharles@lrrlaw.com
sfreeman@lrrlaw.com
jhenderson@lrrlaw.com
*Counsel for Catholic Peoples Foundation and Parish Steering Committee of Roman Catholic Church of the Diocese of Gallup*

Dennis Jontz
Lewis Roca Rothgerber
201 Third Street, NW, Ste. 190
Albuquerque, NM 87102
djontz@lrrlaw.com
*Local Counsel for Catholic Peoples Foundation and Parish Steering Committee of Roman Catholic Church of the Diocese of Gallup*

Christopher R. Kaup
J. Daryl Dorsey
Tiffany & Bosco
Camelback Esplanade II
2525 E. Camelback Rd., Ste. 300
Phoenix, AZ 85016
crk@tblaw.com
jdd@tblaw.com
*Counsel for Southwest Indian Foundation, Inc.*

Douglas R. Vadnais
Modrall, Sperling, Roehl,
Harris & Sisk, P.A.
P.O. Box 2168
Albuquerque, NM 87103
drv@modrall.com
*Counsel for The Bank of Colorado d/b/a Pinnacle Bank*

Charles R. Hughson
Rodey, Dickason, Sloan,
Akin & Robb, P.A.
P.O. Box 1888
Albuquerque, NM 87103
chughson@rodey.com
*Counsel for St. Bonaventure Indian Mission & School*

George M. Moore
Bonnie B. Gandarilla
Moore Berkson & Gandarilla P.C.
3800 Osuna Rd., NE, Ste. 2
Albuquerque, NM 87109
mbglaw@swcp.com
bbg11usc@swcp.com
*Local Counsel for Southwest Indian Foundation, Inc.*

Edward A. Mazel
James A. Askew
Daniel A. White
Askew & Mazel, LLC
320 Gold Ave. S.W., Suite 300 A
Albuquerque, NM 87102
edmazel@askewmazelfirm.com
jaskew@askewmazelfirm.com
dwhite@askewmazelfirm.com
*Counsel for New Mexico Property and Casualty Insurance Guaranty Association*

Steven D. Jerome
Snell & Wilmer, LLP
One Arizona Center
400 E. Van Buren St., Ste. 1900
Phoenix, AZ 85004
sjerome@swlaw.com
*Counsel for The Roman Catholic Church of the Diocese of Phoenix*

David Spector
Everett Cygal
Schiff Hardin LLP
233 S. Wacker Dr., Suite 660
Chicago, IL 60606
dspector@schiffhardin.com
ecygal@schiffhardin.com
*Counsel for Catholic Mutual Relief Society*

Randy S. Bartell
Victor R. Ortega
Sharon T. Shaheen
Montgomery & Andrews, P.A.
P.O. Box 2307
Santa Fe, NM 87504
rbartell@montand.com
vortega@montand.com
sshaheen@montand.com
*Counsel for Catholic Mutual Relief Society of America*

4

QB\40334878.1
Case 13-13676-t11    Doc 581    Filed 06/17/16    Entered 06/17/16 14:38:31 Page 4 of 5

| | |
|---|---|
| Rodney L. Schlagel<br>James H. Johansen<br>Butt Thornton & Baehr P.C.<br>P.O. Box 3170<br>Albuquerque, NM 87190<br>rlschlagel@btblaw.com<br>jhjohansen@btblaw.com<br>*Counsel for the Roman Catholic Diocese*<br>*Of Corpus Christi* | Alyson M. Fiedler<br>Schiff Hardin LLP<br>666 Fifth Avenue, 17th Floor<br>New York, NY 10103<br>afiedler@schiffhardin.com<br>ldelucia@schiffhardin.com<br>*Counsel for Catholic Mutual Relief Society* |
| Timothy J. Hurley<br>Theresa H. Vella<br>Taft Stettinius & Hollister LLP<br>425 Walnut Street, Suite 1800<br>Cincinnati, OH 45202<br>hurley@taftlaw.com<br>vella@taftlaw.com<br>*Counsel for the Province of St. John the*<br>*Baptist of the Order of Friars Minor* | Hon. Judge Michael R. Hogan (Ret.)<br>Hogan Mediation<br>P.O. Box 1375<br>Eugene, OR 97440<br>judge@hoganmediation.net<br>josh@hoganmediation.net<br>*Unknown Claims Representative* |
| John C. Kelly<br>Coppersmith Brockelman PLLC<br>2800 N. Central Ave., Suite 1200<br>Phoenix, AZ 85004<br>Jkelly@csblaw.com<br>*Counsel for The Province of Our Lady of*<br>*Guadalupe of the Order of Friars Minor* | |

 

    /s/  *Lori L. Winkelman*
       Lori L. Winkelman

5
QB\40334878.1
Case 13-13676-t11    Doc 581    Filed 06/17/16    Entered 06/17/16 14:38:31 Page 5 of 5